Ryan M. Chabot
Michael G. Bongiorno (*pro hac vice* forthcoming)
David S. Lesser (*pro hac vice* forthcoming)
 **WILMER CUTLER PICKERING
    HALE AND DORR LLP**
 7 World Trade Center
 250 Greenwich Street
 New York, NY 10007
 Tel: (212) 295-6513
 Fax: (212) 230-8888
 Ryan.Chabot@wilmerhale.com
 Michael.Bongiorno@wilmerhale.com
 David.Lesser@wilmerhale.com

 *Attorneys for Defendants BMW (US)
 Holding Corp., Bernhard Kuhnt, and
 Ludwig Willisch*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK SPANIER, Individually and on
behalf of all others similarly situated,

                      Plaintiff,

      v.

                      Case No. 2:20-cv-15081-CCC-MF

BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT, BMW (US)
HOLDING CORP., OLIVER ZIPSE,
HARALD KRÜGER, NORBERT
REITHOFER, BERNHARD KUHNT,
NICOLAS PETER, and LUDWIG
WILLISCH

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**RESPONSE OF DEFENDANTS BMW (US) HOLDING CORP.,
BERNHARD KUHNT, AND LUDWIG WILLISCH
TO MOTION FOR APPOINTMENT OF LEAD
<u>PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

Defendants BMW (US) Holding Corp., Bernhard Kuhnt, and Ludwig Willisch (the "Undersigned Defendants")[1] respectfully submit the following response to plaintiff Mark Spanier's ("Plaintiff") Motion To Appoint Lead Plaintiff And Approve Lead Plaintiff's Selection Of Counsel (ECF No. 11).

The Undersigned Defendants take no position on the appointment of lead plaintiff or the approval of lead counsel. However, the Undersigned Defendants respectfully submit that any decision as to the appointment of lead plaintiff is without prejudice to any determination made in connection with class certification in the event that the complaint or any amended complaint survives a motion to dismiss. The preliminary determination of Rule 23 factors for purposes of appointing a lead plaintiff is not the same as the full Rule 23 class certification determination and should not predetermine how the Court might resolve such factors should this case reach the class certification stage. *See In re Lucent Techs. Inc. Sec. Litig.*, 221 F. Supp. 2d 472, 486 n.18 (D.N.J. 2001); *see also Sklar v. Amarin Corp. PLC*, No. 13-cv-06663 (FLW) (TJB), 2014 WL 3748248, at *6

---

[1]     Plaintiff also asserts claims against Bayerische Motoren Werke Aktiengesellschaft, Oliver Zipse, Harald Krüger, Norbert Reithofer and Nicolas Peter. These defendants have not yet been served.

(D.N.J. July 29, 2014) (explaining that "only a preliminary showing" of adequacy and typicality is required for appointment of lead plaintiff).

Indeed, Plaintiff concedes that in determining the lead plaintiff motion, unlike in a full Rule 23 class certification determination, the Court requires only a preliminary showing that two of the four requirements of Rule 23(a) are met.  *See* ECF No. 11 at 9 ("In making its determination that the Lead Plaintiff satisfies the requirements of Rule 23, the Court need not raise its inquiry to the level required in ruling on a motion for class certification—a *prima facie* showing . . . is sufficient. Moreover, 'typicality and adequacy of representation are the only provisions relevant to a determination of lead plaintiff under the PSLRA.'" (citation omitted)).

The Undersigned Defendants do not waive, and expressly preserve, all defenses.

Dated: January 19, 2021            Respectfully submitted,

*/s/ Ryan M. Chabot*
Ryan M. Chabot
Michael G. Bongiorno (*pro hac vice* forthcoming)
David S. Lesser (*pro hac vice* forthcoming)
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 295-6513
Fax: (212) 230-8888
Ryan.Chabot@wilmerhale.com
David.Lesser@wilmerhale.com
Michael.Bongiorno@wilmerhale.com

3

*Attorneys for Defendants BMW (US)
Holding Corp., Bernhard Kuhnt, and
Ludwig Willisch*

.

4