## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPANIER, | Civil Action No. 20-15081-CCC-AME |
| Plaintiff, | |
| v. | ORDER GRANTING<br>PRO HAC VICE ADMISSION OF<br>MICHAEL G. BONGIORNO |
| BAYERISCHE MOTOREN WERKE<br>AKTIENGESELLSCHAFT, et al., | |
| Defendants. | |

This matter having come before the Court on the application of Wilmer Cutler Pickering Hale and Dorr LLP ("the Applicant"), attorneys for Defendants BMW (US) Holding Corp., Bernhard Kuhnt, and Ludwig Willisch ("Defendants"), for the pro hac vice admission of Michael G. Bongiorno, Esq. pursuant to L. Civ. R. 101.1; and the Court having considered the submissions in support of the application, which reflect that Michael G. Bongiorno, Esq. satisfies the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; and Plaintiff having consented to this pro hac vice admission; and for good cause shown,

**IT IS** on this 11th day of August 2021,

**ORDERED** that the application for the pro hac vice admission of Michael G. Bongiorno, Esq. [ECF 26], is granted; and it is further

**ORDERED** that Michael G. Bongiorno, Esq., a member in good standing of the Bars of the States of Massachusetts, New Hampshire, and New York, be permitted to appear pro hac vice in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

1

**ORDERED** that Michael G. Bongiorno, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

**ORDERED** that Michael G. Bongiorno, Esq. is deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from his participation in this matter; and it is further

**ORDERED** that the Applicant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Michael G. Bongiorno, Esq. (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Michael G. Bongiorno, Esq. in this matter; and it is further

**ORDERED** that Michael G. Bongiorno, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make payment, or cause payment to be made, for each calendar year in which he continues to represent Defendants before this Court; and it is further

**ORDERED** that, if he has not already done so in connection with this action, Michael G. Bongiorno, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

3

**ORDERED** that Michael G. Bongiorno, Esq. may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

      /s/ *André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge