**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br> v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, BMW (US) HOLDING CORP., OLIVER ZIPSE, HARALD KRÜGER, NORBERT REITHOFER, BERNHARD KUHNT, NICOLAS PETER, and LUDWIG WILLISCH,<br><br>*Defendants.* | Case No. 2:20-cv-15081-CCC-AME<br><br>CLASS ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF THE INDIVIDUAL DEFENDANTS**<br><br>Hon. Claire C. Cecchi |

Lead Plaintiff Mark Spanier and named plaintiff Marissa Weeresinghe ("Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismiss Defendants Norbert Reithofer, Karl-Ludwig Kley, Oliver Zipse, Nicholas Peter, Harald Krüger, Bernhard Kuhnt, and Ludwig Willisch (collectively, the "Individual Defendants") without prejudice.

In order to promote judicial efficiency and to streamline this litigation, Plaintiffs and the Individual Defendants have entered into a Confidential Agreement Tolling Statute of Limitations, in which Plaintiffs agreed to voluntarily dismiss the Individual Defendants without prejudice.

Voluntary dismissal of the Individual Defendants is appropriate under Fed. R. Civ. P. 41(a) given that the Individual Defendants have not answered the Complaint or filed a motion for summary judgment.

Dated: November 30, 2021

*/s/ Laurence M. Rosen*
Laurence M. Rosen
**THE ROSEN LAW FIRM, PA**
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Yu Shi (*pro hac vice* forthcoming)
**The ROSEN LAW FIRM, P.A.**
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-38277
yshi@rosenlegal.com

*Attorneys for Plaintiffs*