## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW OF NORTH AMERICA LLC.<br><br>*Defendants.* | Case No. 2:20-cv-15081-CCC-AME<br><br>CLASS ACTION<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. Claire E. Cecchi |

The Parties have reached a settlement in principle that will resolve all claims in this action as to all Defendants.  The Parties are in the process of formalizing their settlement agreement.

Accordingly, the Parties jointly request that all deadlines and proceedings in this action be stayed pending the execution of the Parties' settlement agreement.

Plaintiffs anticipate filing a motion for preliminary approval of the proposed class action settlement in approximately 45 days.

Dated: February 3, 2022          Respectfully submitted,


*/s/ Laurence M. Rosen*          */s/ Scott D. Musoff*
Laurence M. Rosen               Scott D. Musoff
**THE ROSEN LAW FIRM, PA**       Jay B. Kasner (admitted *pro hac vice*)
One Gateway Center              Shaud G. Tavakoli (admitted *pro hac vice*)
Suite 2600                       **SKADDEN, ARPS, SLATE,**
Newark, NJ 07102                   **MEAGHER & FLOM LLP**
Tel: (973) 313-1887             One Manhattan West
Fax: (973) 833-0399             New York, NY 10001
lrosen@rosenlegal.com           Tel: (212) 735-3000
                                Fax: (212) 735-2000
Yu Shi (admitted *pro hac vice*)  scott.musoff@skadden.com
**The ROSEN LAW FIRM, P.A.**     jay.kasner@skadden.com
275 Madison Ave, 40th Floor     shaud.tavakoli@skadden.com
New York, NY 10016
Tel: (212) 686-1060             *Attorneys for Defendant Bayerische*
Fax: (212) 202-38277            *Motoren Werke AG*
yshi@rosenlegal.com


*Attorneys for Plaintiffs Mark*   */s/ Alan E. Schoenfeld*
*Spanier and Marissa*            Alan E. Schoenfeld
*Weeresinghe*                    Ryan M. Chabot
                                Michael G. Bongiorno (admitted *pro
                                hac vice*)
                                **WILMER CUTLER PICKERING**
                                  **HALE AND DORR LLP**
                                7 World Trade Center
                                250 Greenwich Street
                                New York, NY 10007
                                Tel: (212) 295-6513
                                Fax: (212) 230-8888
                                Ryan.Chabot@wilmerhale.com
                                Alan.Schoenfeld@wilmerhale.com
                                Michael.Bongiorno@wilmerhale.com

                                *Attorneys for Defendant BMW of*
                                *North America LLC*

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 3rd day of February 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen
