EXHIBIT A-3

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.*<br><br>*Defendants.* | Case No. 2:20-cv-15081-CCC-AME<br><br>CLASS ACTION |

## SUMMARY NOTICE OF PENDENCY AND
## PROPOSED CLASS ACTION SETTLEMENT

TO: ALL PERSONS WHO PURCHASED PUBLICLY-TRADED AMERICAN DEPOSITARY RECEIPTS (ADRs) OR F SHARES OF BMW AG FROM NOVEMBER 3, 2015 THROUGH SEPTEMBER 24, 2020, INCLUSIVE.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey, that a hearing will be held on _____, 202_, at __:__ _.m. before the Honorable Claire C. Cecchi, United States District Judge of the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5B, Newark, New Jersey, 07101 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $1,750,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to 1/3 (one-third) plus interest of the Settlement Amount, reimbursement of expenses of not more than $25,000 and a service payment of no more

1

than $7,000 in total to Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated April 1, 2022 (the "Settlement Stipulation"). The Court reserves the right to reschedule the hearing date or hold the hearing telephonically or by other virtual means.

If you purchased BMW AG ADRs or F shares during the period from November 3, 2015 through September 24, 2020, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in BMW AG ADRs or F shares. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: BMW AG Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/BMW. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than _____, 2022 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2022, in the manner and form explained in the Notice. All members of the Settlement Class who have not

EXHIBIT A-3

requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2022, by each of the following:

| Clerk of the Court<br>United States District Court<br>District of New Jersey<br>Martin Luther King<br>Building & U.S.<br>Courthouse<br>50 Walnut Street<br>Newark, NJ 07101 | Laurence Rosen<br>The Rosen Law Firm, P.A.<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br><br>***Lead Counsel*** | Jay B. Kasner<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>One Manhattan West<br>New York, NY 10001<br><br>Michael G. Bongiorno<br>Wilmer Cutler Pickering Hale<br>and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br><br>***Counsel for Defendants*** |
|---|---|---|

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Laurence Rosen, Esq.
THE ROSEN LAW FIRM, P.A.
One Gateway Center
Suite 2600
Newark, NJ 07102
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED:                            BY ORDER OF THE UNITED STATES DISTRICT COURT
                                  FOR THE DISTRICT OF NEW JERSEY

3