## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-15081-CCC-AME |
| | CLASS ACTION |
| *Plaintiffs,* | Motion Day: June 6, 2022 |
| | Hon. Claire C. Cecchi |
| v. | |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* | |
| *Defendants.* | |

**NOTICE  OF PLAINTIFFS' UNOPPOSED MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING  SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that on June 6, 2022, Lead Plaintiff Mark Spanier and Named Plaintiff Marissa Weeresinghe ("Plaintiffs") will move this Court, the Honorable Claire C. Cecchi, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom 5B, Newark, New Jersey, for entry of an Order: (i) granting preliminary approval of the proposed Settlement; (ii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (iii) setting a date for a Settlement Fairness Hearing.

In support of this motion, Plaintiffs rely on the accompanying Memorandum of Law, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider.

Defendants support this motion.

Dated: April 28, 2022                          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel:  (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

Yu Shi (*admitted Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: yshi@rosenlegal.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of April, 2022 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Laurence Rosen</u>
Laurence Rosen