**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - x

MARK SPANIER and MARISSA
WEERESINGHE, Individually and on
behalf of all others similarly situated,

    *Plaintiffs*,

v.

BAYERISCHE MOTOREN WERKE
AKTIENGESELLSCHAFT, *et al.*,

    *Defendants*.

- - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No. 2:20-cv-15081-CCC-MF

**ECF Case**
**Electronically Filed**

**CERTIFICATION OF SCOTT D. MUSOFF**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

SCOTT D. MUSOFF hereby certifies:

1.    I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") in this action.

2.    I submit this Certification in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (the "Motion") and to place before the Court true and accurate copies of the following documents referenced in Defendants' accompanying Joint Memorandum of Law in Support of the Motion:

| | DESCRIPTION |
|---|---|
| Exhibit A | U.S. Securities and Exchange Commission Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933, Making Findings, and Imposing a Cease-and-Desist Order, dated September 24, 2020. |
| Exhibit B | BMW Group December 2016 US Sales Press Release, dated January 4, 2017. |
| Exhibit C | BMW Group December 2017 US Sales Press Release, dated January 3, 2018. |
| Exhibit D | Neal E. Boudette, "BMW's 'Demo' Sales Boost Results," *Wall Street Journal* (August 15, 2012). |
| Exhibit E | "When Is A Sale Not Really A Sale?," *Automotive News* (March 14, 2016). |
| Exhibit F | William Boston & Mike Colias, "SEC Investigating BMW Over Sales Practices," *Wall Street Journal* (December 24, 2019). |
| Exhibit G | Excerpts from BMW Group Annual Report for 2019, dated March 17, 2020, *available at* https://www.bmwgroup.com/content/dam/grpw/websites/bmwgroup_com/ir/downloads/en/2020/hauptversammlung/BMW-Group-Annual-Report-2019.pdf (last accessed April 27, 2022). |
| Exhibit H | Excerpts from BMW Group Annual Report for 2015, dated March 9, 2016, *available at* https://www.bmwgroup.com/content/dam/grpw/websites/bmwgroup_com/ir/downloads/en/2016/hv/2015-BMW-Group-Annual-Report.pdf (last accessed April 27, 2022). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2022.

/s/ Scott D. Musoff

SCOTT D. MUSOFF

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I caused a copy of this Certification of Scott D. Musoff in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and accompanying exhibits on behalf of Defendants Bayerische Motoren Werke AG and BMW of North America, LLC, to be served electronically via ECF upon counsel to plaintiffs Mark Spanier and Marissa Weeresinghe.


Dated:  April 28, 2022

/s/ Scott D. Musoff
Scott D. Musoff