# Exhibit B

# BMW Group

## U.S. Press Information

**For Release:**    January 4, 2017

**Contact:**    Kenn Sparks
Manager, U.S. Corporate Communications
BMW of North America, LLC
(201) 307-4467 / Kenn.Sparks@bmwna.com

Eric Valtos
Business Communications Specialist
BMW of North America, LLC
(201) 307-3714 / Eric.Valtos@bmwna.com

## BMW Group U.S. Reports December and 2016 Sales

- **BMW brand sales decrease 9.5 percent for the year**
- **MINI brand sales decrease 11.1 percent for the year**

**Woodcliff Lake, NJ – January 4, 2017…** Sales of BMW brand vehicles in December totaled 32,835 compared to 34,625 vehicles sold in December 2016. For the year, BMW brand is down 9.5 percent on sales of 313,174 compared to 346,023 from last year.

Notable vehicle sales for 2016 include the BMW 7 Series which increased 39 percent to 12,918. The BMW X1 which set a new sales record this year with 27,812, a 92.9 percent increase compared to 2015.  BMW X3 sales also set a new record with 44,196, an increase of 38.4 percent compared to 2015.

"December set a new record for our Sports Activity Vehicle sales in the U.S., exceeding 50 percent for the first time ever and firmly anchoring 2016 as the growth year for SAV's in the Premium Segment," said Ludwig Willisch, President and CEO, BMW of North America. "The New Year brings optimism for the year ahead and now we're looking forward to the Detroit Auto Show next week and the launch of our brilliant, all-new 5 Series."

### BMW Group Sales

In total, the BMW Group in the U.S. (BMW and MINI combined) reported December sales of 37,493 vehicles, a decrease of 5.4 percent from the 39,634 vehicles sold in

Company
BMW of North America, LLC

BMW Group Company

Mailing address
PO Box 1227
Westwood, NJ
07675-1227

Office address
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

Telephone
(201) 307-4000

Fax
(201)307-4095

Internet
bmwgroupna.com

- more -



the same month a year ago.  At year end, BMW Group (BMW and MINI combined) is down 9.7 percent on sales of 365,204 compared to 404,537 in 2015.

**MINI Brand Sales**

For December, MINI USA reports 4,658 automobiles sold, a decrease of 7.0 percent from the 5,009 sold in the same month a year ago.  For the year, MINI USA sales are down 11.1 percent to 52,030 compared to 58,514 in 2015.

**Table 1: New Vehicle Sales BMW of North America, LLC, December 2016**

|  | Dec. 2016 | Dec. 2015 | % | YTD Dec. 2016 | YTD Dec. 2015 | % |
|---|---|---|---|---|---|---|
| **BMW brand** | **32,835** | **34,625** | **-5.2** | **313,174** | **346,023** | **-9.5** |
| BMW passenger cars | 20,419 | 22,818 | -10.5 | 209,231 | 244,767 | -14.5 |
| BMW light trucks | 12,416 | 11,807 | 5.2 | 103,943 | 101,256 | 2.7 |
| **MINI brand** | **4,658** | **5,009** | **-7.0** | **52,030** | **58,514** | **-11.1** |
| **TOTAL Group** | **37,493** | **39,634** | **-5.4** | **365,204** | **404,537** | **-9.7** |

**BMW Pre-Owned Vehicles**

- Sales of BMW Certified Pre-Owned sales set a record with 13,098 vehicles a 17.2 percent increase over December 2015.  For the year, BMW Certified Pre-Owned sales also set a record with 129,207, an 11.5 percent increase compared to 115,903 in 2015.
- Total BMW Pre-Owned sales were 24,402 in December 2016, a 26.2 percent increase over December 2015.
- The Total BMW Pre-Owned sales in 2016 were 234,943 a 25.5 percent increase over 2015 and setting another record.

**MINI Pre-Owned Vehicles**

- In December, MINI Certified Pre-Owned sales were 1,011 vehicles, up 3.1 percent over December 2015. For the year, MINI Certified Pre- Owned sales set a record with 12,445 an increase of 7.1 percent compared to 11,619 in 2015.
- Total MINI Pre-Owned sales for December were 2,608, an increase of 14.4 percent over December 2015.
- For the year, Total MINI Pre-Owned sales set a record with 28,633, a 6.9 percent increase from 2015.

**BMW Group In America**

BMW of North America, LLC has been present in the United States since 1975.  Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003.  The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; Designworks, a strategic design consultancy based in California; a technology office in Silicon Valley and various other operations throughout the country.  BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the exclusive manufacturing plant for all X5 and X3 Sports Activity Vehicles and X6 and X4 Sports Activity Coupes.  The BMW Group sales organization is represented in the U.S. through networks of 341 BMW passenger car and BMW Sports Activity Vehicle centers, 153 BMW motorcycle retailers, 126 MINI passenger car dealers, and 36 Rolls-Royce Motor Car dealers.  BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

#    #    #

**Journalist note:** Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwusanews.com and www.press.bmwna.com.

# BMW Group

 

**Vehicle Sales BMW of North America, LLC, December 2016**

| | Dec. 2016 | Dec. 2015 | % | YTD Dec. 2016 | YTD Dec. 2015 | % |
|---|---|---|---|---|---|---|
| i3 | 791 | 1,422 | -44.4% | 7,625 | 11,024 | -30.8% |
| i8 | 133 | 656 | -79.7% | 1,594 | 2,265 | -29.6% |
| 2 Series | 1,085 | 2,143 | -49.4% | 15,519 | 13,020 | 19.2% |
| 3 Series | 6,740 | 5,262 | 28.1% | 70,458 | 94,540 | -25.5% |
| 4 Series | 3,634 | 5,601 | -35.1% | 35,763 | 46,069 | -22.4% |
| 5 Series | 2,115 | 2,985 | -29.1% | 32,408 | 44,162 | -26.6% |
| 6 Series | 348 | 1,461 | -76.2% | 3,947 | 8,146 | -51.5% |
| 7 Series | 1,313 | 1,266 | 3.7% | 12,918 | 9,292 | 39.0% |
| Z4 | 75 | 253 | -70.4 | 1,187 | 1,829 | -35.1% |
| X1 | 4,185 | 1,769 | 136.6% | 27,812 | 14,420 | 92.9% |
| **BMW passenger cars** | **20,419** | **22,818** | **-10.5%** | **209,231** | **244,767** | **-14.5%** |
| X3 | 4,978 | 3,126 | 59.2% | 44,196 | 31,924 | 38.4% |
| X4 | 399 | 884 | -54.9% | 4,989 | 6,429 | -22.4% |
| X5 | 6,245 | 6,250 | -0.1% | 47,641 | 54,997 | -13.4% |
| X6 | 794 | 1,547 | -48.7% | 7,117 | 7,906 | -10.0% |
| **BMW light trucks** | **12,416** | **11,807** | **5.2%** | **103,943** | **101,256** | **2.7%** |
| **BMW brand** | **32,835** | **34,625** | **-5.2%** | **313,174** | **346,023** | **-9.5%** |
| Cooper /S Hardtop 2 Door | 1,029 | 960 | 7.2% | 11,264 | 19,808 | -43.1% |
| Cooper /S Hardtop 4 Door | 813 | 1,247 | -34.8% | 11,174 | 15,189 | -26.4% |
| Cooper /S Convertible | 441 | 147 | 200.0% | 4,584 | 3,098 | 48.0% |
| Cooper /S Clubman | 1,520 | 460 | 230.4% | 12,204 | 462 | 2541.6% |
| Coupe | 1 | 5 | -80.0% | 8 | 460 | -98.3% |
| Roadster | 0 | 4 | -100.0% | 5 | 1,103 | -99.5% |
| Countryman | 853 | 2,148 | -60.3% | 12,706 | 16,686 | -23.9% |
| Paceman | 1 | 38 | -97.4% | 85 | 1,708 | -95.0% |
| **MINI brand** | **4,658** | **5,009** | **-7.0%** | **52,030** | **58,514** | **-11.1%** |
| **TOTAL BMW of North America, LLC** | **37,493** | **39,634** | **-5.4%** | **365,204** | **404,537** | **-9.7%** |