# Exhibit C

# BMW Group
## U.S. Press Information

**For Release:**    January 3, 2018

**Contact:**    Kenn Sparks
Dept. Head, U.S. Corporate Communications
BMW of North America, LLC
(201) 307-4467 / Kenn.Sparks@bmwna.com

Phil DiIanni
Corporate Communications Manager
BMW of North America, LLC
(201) 571-5660 / phil.diianni@bmwna.com

### BMW Group U.S. Reports December 2017 and Year-End Sales.

- **BMW Group sales increase 3.7 percent in December.**
  - **BMW brand sales increase 4.3 percent.**
  - **MINI brand sales decrease 1.0 percent.**
- **BMW Group Electrified Vehicles Sales total 21,208 in 2017.**

**Woodcliff Lake, NJ – January 3, 2018…** Sales of BMW brand vehicles increased 4.3 percent in December for a total of 34,253 compared to 32,835 vehicles sold in December 2016.  For the full year, BMW brand sales were down 2.4 percent on total sales of 305,685 vehicles compared to 313,174 sold in 2016.

Notable individual vehicles in December included the BMW 5 Series, the BMW X1 and the BMW X5.  Sales of the BMW 5 Series increased 124 percent to 4,743 vehicles. The BMW X5 was up nearly 10 percent to 6,847 vehicles while the BMW X1 was up 6.4 percent to 4,454 vehicles.

"Momentum has been building throughout 2017 and the December results have put us in a strong position for the New Year," said Bernhard Kuhnt, President and CEO, BMW of North America. "Our BMW models are attracting entirely new customers to our dealerships, especially the BMW 5 Series, X models, and our electrified vehicles. There's much more to come in 2018 with the next new model – the BMW X2 - premiering at the Detroit Auto Show in less than two weeks."

### MINI Brand Sales

For December, MINI USA reported 4,611 vehicles sold, a decrease of 1.0 percent from the 4,658 sold in the same month a year ago.  In 2017 MINI USA reported a total

Company
BMW of North America, LLC

BMW Group Company

Mailing address
PO Box 1227
Westwood, NJ
07675-1227

Office address
300 Chestnut Ridge Road
Woodcliff Lake, NJ
07677-7731

Telephone
(201) 307-4000

Fax
(201)307-4095

Internet
bmwgroupna.com

- more -

 

of 47,105 vehicles sold, a decrease of 9.5 percent from the 52,030 vehicles sold in 2016.

**BMW Group Sales**

In total, the BMW Group in the U.S. (BMW and MINI combined) reported December sales of 38,864 vehicles, an increase of 3.7 percent from the 37,493 vehicles sold in the same month a year ago.  In 2017 BMW Group reported sales of 352,790, a 3.4 percent decrease compared to 365,204 vehicles sold in 2016.

**BMW Group Electrified Vehicle Sales**

Sales of BMW Group electric and plug-in hybrid electric vehicles increased 31.2 percent in 2017 to 21,208, accounting for 6.0 percent of total BMW Group sales in the U.S.  BMW offers six electrified vehicle models in the U.S., including the BMW i3 and BMW i8, as well as the BMW i Performance models: BMW 330e, BMW 530e, BMW 740e and the BMW X5 xDrive 40e. MINI offers the MINI Countryman plug-in-hybrid electric vehicle.

**Table 1: New Vehicle Sales BMW of North America, LLC, December 2017**

|  | Dec. 2017 | Dec. 2016 | % | 2017 | 2016 | % |
|---|---|---|---|---|---|---|
| **BMW brand** | **34,253** | **32,835** | **4.3** | **305,685** | **313,174** | **-2.4** |
| BMW passenger cars | 21,580 | 20,419 | 5.7 | 202,201 | 209,231 | -3.4 |
| BMW light trucks | 12,673 | 12,416 | 2.1 | 103,484 | 103,943 | -0.4 |
| **MINI brand** | **4,611** | **4,658** | **-1.0** | **47,105** | **52,030** | **-9.5** |
| **TOTAL Group** | **38,864** | **37,493** | **3.7** | **352,790** | **365,204** | **-3.4** |

**BMW Pre-Owned Vehicles**

- In December, BMW Certified Pre-Owned sold 11,589 vehicles, a decrease of 11.5 percent from December 2016.
- Total BMW Pre-Owned sold 21,542 vehicles, a decrease of 11.7 percent from December 2016.
- BMW Certified Pre-Owned cars sold in 2017 were 135,864, a 5.2 percent increase from 2016.
- Total BMW Pre-Owned cars sold in 2017 were 238,586, a 1.6 percent increase from 2016.

**MINI Pre-Owned Vehicles**

- MINI Certified Pre-Owned sold 846 vehicles in December 2017, a decrease of 16.3 percent from December 2016.
- Total MINI Pre-Owned sold 2,631 vehicles in December 2017, an increase of 0.9 percent from December 2016.
- MINI Certified Pre-Owned cars sold 10,922 in 2017, a 12.2 percent decrease from 2016.
- Total MINI Pre-Owned sales in 2017 were 28,011, a 2.2 percent decrease from 2016.

#    #    #

**BMW Group In America**

BMW of North America, LLC has been present in the United States since 1975.  Rolls-Royce Motor Cars NA, LLC began distributing vehicles in 2003.  The BMW Group in the United States has grown to include marketing, sales, and financial service organizations for the BMW brand of motor vehicles, including motorcycles, the MINI brand, and the Rolls-Royce brand of Motor Cars; Designworks, a strategic design consultancy based in California; technology offices in Silicon Valley, Chicago and various other operations throughout the country.  BMW Manufacturing Co., LLC in South Carolina is part of BMW Group's global manufacturing network and is the manufacturing plant for all X5 and X3 Sports Activity Vehicles and X6 and X4 Sports Activity Coupes.  The BMW Group sales organization is represented in the U.S. through networks of 344 BMW passenger car and BMW Sports Activity Vehicle centers, 153 BMW motorcycle retailers, 127 MINI passenger car dealers, and 36 Rolls-Royce Motor Car dealers.  BMW (US) Holding Corp., the BMW Group's sales headquarters for North America, is located in Woodcliff Lake, New Jersey.

#    #    #

**Journalist note:** Information about BMW Group and its products in the USA is available to journalists on-line at www.bmwusanews.com and www.press.bmwna.com.

# BMW Group



**Vehicle Sales BMW of North America, LLC, December 2017**

|  | Dec. 2017 | Dec. 2016 | % | YTD Dec. 2017 | YTD Dec. 2016 | % |
|---|---|---|---|---|---|---|
| i3 | 672 | 791 | -15.0% | 6,276 | 7,625 | -17.7% |
| i8 | 80 | 133 | -40.0% | 488 | 1,594 | -69.4% |
| 2 Series | 1,188 | 1,085 | 9.5% | 11,737 | 15,519 | -24.4% |
| 3 Series | 5,556 | 6,740 | -17.6% | 59,449 | 70,458 | -15.6% |
| 4 Series | 3,411 | 3,634 | -6.1% | 39,634 | 35,763 | 10.8% |
| 5 Series | 4,743 | 2,115 | 124.3% | 40,658 | 32,408 | 25.5% |
| 6 Series | 369 | 348 | 6.0% | 3,355 | 3,947 | -15.0% |
| 7 Series | 1,107 | 1,313 | -15.7% | 9,276 | 12,918 | -28.2% |
| Z4 | 0 | 75 | -100.0% | 502 | 1,187 | -57.7% |
| X1 | 4,454 | 4,185 | 6.4% | 30,826 | 27,812 | 10.8% |
| **BMW passenger cars** | **21,580** | **20,419** | **5.7%** | **202,201** | **209,231** | **-3.4%** |
| X3 | 4,283 | 4,978 | -14.0% | 40,691 | 44,196 | -7.9% |
| X4 | 538 | 399 | 34.8% | 5,198 | 4,989 | 4.2% |
| X5 | 6,847 | 6,245 | 9.6% | 50,815 | 47,641 | 6.7% |
| X6 | 1,005 | 794 | 26.6% | 6,780 | 7,117 | -4.7% |
| **BMW light trucks** | **12,673** | **12,416** | **2.1%** | **103,484** | **103,943** | **-0.4%** |
| **BMW brand** | **34,253** | **32,835** | **4.3%** | **305,685** | **313,174** | **-2.4%** |
| Cooper /S Hardtop 2 Door | 1,402 | 1,029 | 36.2% | 11,257 | 11,296 | -0.3% |
| Cooper /S Hardtop 4 Door | 828 | 813 | 1.8% | 7,724 | 11,175 | -30.9% |
| Cooper /S Convertible | 334 | 441 | -24.3% | 5,512 | 4,565 | 20.7% |
| Cooper /S Clubman | 506 | 1,520 | -66.7% | 7,739 | 12,203 | -36.6% |
| Coupe | 0 | 1 | 0.0% | 0 | 1 | 0.0% |
| Roadster | 0 | 0 | 0.0% | 0 | 0 | 0.0% |
| Countryman | 1,541 | 853 | 80.7% | 14,864 | 12,706 | 17.0% |
| Paceman | 0 | 1 | **0.0%** | 9 | 84 | -89.3% |
| **MINI brand** | **4,611** | **4,658** | **-1.0%** | **47,105** | **52,030** | **-9.5%** |
| **TOTAL BMW of North America, LLC** | **38,864** | **37,493** | **3.7%** | **352,790** | **365,204** | **-3.4%** |