# Exhibit E

Case 2:20-cv-15081-CCC-AME    Document 48-6    Filed 04/28/22    Page 2 of 15 PageID: 502

# Automotive News

Q                                                    SUBSCRIBE        ACCOUNT LOGIN   MENU

Home > Sales

March 14, 2016 01:00 AM

# When is a sale not really a sale?

## Tactic raises ethical questions

 TWEET   SHARE   SHARE   EMAIL

Anonymous: "You may not want to do it, but you're going to do it. This is no different than the law of survival."

Automotive News is examining how U.S. auto sales are reported and wants to hear from dealers about practices used by various brands. Contact autonews@crain.com

When is a sale not really a sale?

Luxury race
BMW won the 2015 luxury crown by reported sales but ranked 3rd in registrations.

|  | U.S. sales | Registrations |
| --- | --- | --- |
| BMW | 346,023 | 335,259 |
| Lexus | 344,601 | 340,392 |
| Mercedes-Benz* | 343,088 | 337,288 |

*Excludes Sprinter
Source: Automotive News Data Center, IHS Automotive

## SOLD BUT NOT REGISTERED

The gap between U.S. light-vehicle registrations and reported sales was larger in 2015 than any year in the past decade.

| Year | Registrations | Sales | Difference |
| --- | --- | --- | --- |
| 2005 | 16,761,113 | 16,997,182 | 236,069 |
| 2006 | 16,574,314 | 16,561,482 | -12,832 |
| 2007 | 16,023,380 | 16,154,010 | 130,630 |
| 2008 | 13,217,544 | 13,245,687 | 28,143 |
| 2009 | 10,350,687 | 10,430,969 | 80,282 |
| 2010 | 11,480,471 | 11,589,844 | 109,373 |
| 2011 | 12,658,592 | 12,779,576 | 120,984 |
| 2012 | 14,315,338 | 14,493,226 | 177,888 |
| 2013 | 15,383,651 | 15,601,148 | 217,497 |
| 2014 | 16,330,687 | 16,522,663 | 191,976 |
| 2015 | 17,183,827 | 17,470,659 | 286,832 |

Source: IHS Automotive, Automotive News Data Center

*This article was reported by Amy Wilson, Jamie LaReau, Hannah Lutz, Arlena Sawyers and Nick Bunkley. It was written by Nick Bunkley.*

As the U.S. auto industry roared toward a record-breaking finish in 2015, BMW, the top-selling luxury brand for three of the four previous years, was clinging to a 553-vehicle lead over Mercedes-Benz. Surging Lexus was threatening to leapfrog both.

But BMW wouldn't leave this race to chance. A Nov. 30 memo dangled $1,000 bonuses for each 2015 3-series vehicle dealerships sold to themselves as a "specialty demo" -- but the offer was valid that day only. The next round of industry sales reports, released the following afternoon, showed BMW's edge over Mercedes had quadrupled.

A month later, on the day automakers closed their books on the year, BMW made a stronger plea. It tripled the demo-vehicle offer to $3,000 on some models, including 2016s.

"TODAY is the LAST OPPORTUNITY," it urged dealers in a memo obtained by *Automotive News*.

BMW ended 2015 in first place by 1,422 vehicles, the slimmest margin of victory since 2000. But when IHS Automotive collected registration data from each state, BMW's win appeared hollow. About 5,000 more new Lexuses had been registered last year than BMWs. On that basis, BMW had fallen to third.

BMW, which said thousands of vehicles its dealers sold in December were registered in January instead, is not the only automaker employing creative strategies to pump up performance. As U.S. new-vehicle sales appear to be near their peak after the longest period of expansion in nearly a century, dealers across the industry face mounting pressure.

Among the most common appears to be a practice called "punching" -- dealers buying vehicles from their own inventory and converting them into testers or loaners in order to earn hefty bonuses. In some cases, the vehicles might simply languish on the lot, eventually showing up in the dealer's used-car inventory with virtually no miles on the odometer.



CONTENT FROM REYNOLDS AND REYNOLDS

## Employee Empowerment

The number one goal in retail is often to create a happy customer, but if employees are unhappy, why would customers be happy? The truth is, employee morale transfers to

customer satisfaction.

READ MORE >

## Loaners: "Productive use'

BMW spokesman Kenn Sparks said every vehicle counted as sold serves an important purpose, even if it stays at the dealership.

"Cars are considered retailed when they enter productive use," Sparks wrote in an email, "either from a sale to a customer or when a dealer puts a car into use as a demonstrator or service loaner."

He said BMW recommends that dealers update their loaner fleet twice a year to ensure service customers get fresh vehicles.

"Our customers have told us in surveys and personal interviews that they expect a comparable BMW to their own when they come in for service," Sparks wrote. "There's no question the service loaner program increases customer satisfaction and, we hope, customer loyalty. Loyalty is what brings customers back."

But some dealers said they see things differently.

"It's a fictitious way for the factories to sell product that they don't have sold," said a dealer who has multiple franchises in the southwestern U.S. and spoke on condition of anonymity to avoid retribution from the factories.

"If this goes against your grain, you should not be in the car business, because the factory controls your destiny," the dealer said. "You may not want to do it, but you're going to do it. This is no different than the law of survival."

Some tactics, such as delivering truckloads of undesirable inventory to fleet customers, are widely known and accepted. Others are done more surreptitiously, away from the eyes of shareholders and competitors. In certain cases, the actions tread a fine line between resourcefulness and deception.

"I'm not sure I'd go as far as to say it's illegal," said Aaron Jacoby, a partner at the law firm Arent Fox in Los Angeles, which has a large automotive practice. "It's problematic and could create legal problems for manufacturers. ... A party could challenge the accuracy of a manufacturer's unit sales for any manufacturer that had a practice of pressuring dealers to punch cars."

A lawsuit filed in January by a suburban Chicago dealership group accuses Fiat Chrysler Automobiles of stepping over the line to outright fraud. The suit says FCA bribed dealers to report false sales on the last day of a month, then reverse them after the company published its numbers. FCA, which has reported year-over-year sales increases for an industry-leading 71 consecutive months, has denied the allegations.

Last year, BMW settled a suit alleging that dealerships sold 104,000 vehicles as new from 2006 through 2014, even though the dealerships previously had declared them as sold, starting the warranty clock before a consumer took possession. BMW did not admit wrongdoing but agreed to extend warranties and reimburse customers for some repairs.

> ### AARON JACOBYATTORNEY
>
> "Punching cars is a problem. It's a problem with inventory costs, and it's a problem with flooring costs. Nobody wants extra cost in the system, and dealers would rather have their unit sales correctly reflected."

The suits raise questions about the legitimacy of sales reports, which can influence the value of automakers' stock, affect executive bonuses and even factor into closely watched U.S. economic indicators. Investor sentiment toward many automakers and public dealership groups has turned more negative as industry sales show signs of nearing a peak, increasing the temptation to find more ways of producing impressive numbers month after month.

At the same time, transactions not tied to actual consumer demand hurt margins and can lead to a host of other challenges, exacerbating inventory surpluses and skewing dealers' performance relative to one another.

"Punching cars is a problem," Jacoby said. "It's a problem with inventory costs, and it's a problem with flooring costs. Nobody wants extra cost in the system, and dealers would rather have their unit sales correctly reflected."

It's unclear exactly how much punching and other artificial sales-boosting methods are used throughout the industry. Dealers and experts interviewed say some brands encourage them frequently and some never do. Anecdotal evidence and registration data reviewed by *Automotive News* suggest it's more common in the luxury market.

Brands can exert pressure in the form of specific incentives, such as those detailed in the BMW memos, or through stair-step bonuses that compel dealers to pull out all the stops in pursuit of ambitious monthly targets.

## Hamster wheel

A growing disparity between reported sales and registrations in recent years suggests that more cars and trucks are being removed from dealers' new-vehicle inventory before reaching a customer's hands.

In 2015, automakers said they sold 17.47 million light vehicles in the U.S., breaking the industry's 15-year-old record, but consumers and businesses registered just 17.18 million, according to IHS.

While registrations tend to lag sales -- and the registration data exclude some heavy-duty pickups that the Detroit automakers report in their sales -- the gap of 286,832 vehicles in 2015 is the largest of any year in at least the past decade.

A former longtime Nissan dealer in the Southeast said punching cars was frequently necessary to meet the automaker's aggressive sales targets. The dealer, who spoke on condition of anonymity because of the sensitive nature of the topic, said he used to buy vehicles from his inventory, put them in the store's loaner fleet for one to six months -- though many would just sit on the lot -- then sell them as used.

"That's the way most dealers who hit their objectives make it work," the dealer said. "They allow you to punch an unlimited number of cars and put them into your loaner fleet. I don't know of any Nissan dealer who doesn't do that. I know of many who have extensive rental operations that don't make money because of that."

Having many pristine, no-mileage "used" cars that customers can get at a sizable discount makes it harder to sell the next batch of vehicles from the factory, the dealer said. "So you're like a hamster running on this wheel," he said. "It's harder to hit their objectives because you've got all this inventory sitting on your lot that's already been punched."

Nissan spokesman David Reuter said the company's steady growth, with U.S. market share gains in eight of the past nine years, is a product of hard work and genuine demand for its vehicles, not numerical tricks.

"You certainly don't get there by taking a short-term action in a month here and a month there," Reuter said.

Registrations of Nissan and Infiniti vehicles closely correspond to sales figures, Reuter said, "and that alone indicates that we are operating with a high degree of integrity in terms of our sales reporting."

## Luxury crown

BMW's sales in 2015 exceeded registrations by 3.2 percent, compared to a 1.7 percent gap for the industry overall.

But BMW noted that its January registrations outpaced its sales by more than 7,000 vehicles, making up for much of the disparity from 2015.

The numbers support BMW's assertion that registrations can sometimes be slow, though it's also evidence of a last-minute sales frenzy as 2015 came to a close.

A former BMW employee said the company's sales reports can include thousands of punched cars to boost results in slow months. Many are classified internally as "Specialty 8" and might not be driven at all before being relisted as used.

Dealers who don't chase the "Specialty 8" bonuses are "uncompetitive," said the former employee, who requested anonymity while discussing internal company business.

On Jan. 4, the last day automakers could count sales toward 2015, BMW followed a morning bonus memo with an update later in the day saying dealers could collect more "Spec 8" incentives. The memos offered $3,000 on all 6-series cars and 2015 i8s.

The next day, BMW said 6-series sales soared 64 percent in December, while i8 sales more than quadrupled. The rest of the brand fell 20 percent. It was enough -- barely -- to claim the luxury crown for another year, even if some of the cars that helped secure the all-important victory still were waiting on a dealership lot for someone to actually buy them.

*Letter — to the — Editor*

**Send us a letter**
Have an opinion about this story? **Click here to submit a Letter to the Editor**, and we may publish it in print.

**RECOMMENDED FOR YOU**



**Nissan recalls 345,700 vehicles for second round of Takata airbag replacements**



**Renault, Nissan share 'real desire' to make alliance work, Senard says**



 **Nissan punishes more managers following Ghosn probe**

## DIGITAL EDITION

THIS WEEK'S EDITION

SEE OUR ARCHIVE >

## FIXED OPS JOURNAL



READ THE ISSUE

SEE OUR ARCHIVE >

## SIGN UP FOR FREE NEWSLETTERS

☐ *Daily Summary* (weekdays)

☐ *Weekly Summary* (Mondays)

☐ *Breaking News Alerts* (as needed)

☐ *Retail Technology* (Tuesdays)

☐ *In Case You Missed It* (Fridays)

☐ *Automotive Views* (Tuesdays)

☐ *AM Newscast* (weekdays)

☐ *PM Newscast* (weekdays)

☐ *Weekend Drive* (Saturdays)

☐ *Special Video Reports* (occasionally)

☐ **Special Video Reports** (occasionally)

☐ **F&I Report** (Wednesdays)

☐ **Mobility Report** (Thursdays)

☐ **Shift Magazine** (5x/year)

☐ **Lead the Way** (monthly)

☐ **Industry Events Coverage** (during major events)

☐ **Fixed Ops Journal** (bimonthly)

☐ **U.S. Sales Report** (monthly)

☐ **Cars & Concepts** (Tuesdays)

☐ Yes, I'd like to receive information and special offers about Automotive News subscriptions.

☐ Yes, I'd like to receive valuable information about special editorial content, new features and research from Automotive News.

☐ Yes, I'd like to stay informed about upcoming Automotive News events and conferences.

☐ Yes, I'd like to stay informed about upcoming Automotive News online events and webinars.

☐ Yes, I'd like to receive information and whitepapers from select third-party partners of Automotive News.

**EMAIL ADDRESS**

[                    ]    SUBMIT

*You can unsubscribe at any time through links in these emails. For more information, see our Privacy Policy.*

**Automotive News Comment Policy**

Automotive News will delete all comments that contain profanity or personal attacks. Repeat offenders will be banned.

Please read our Comment Policy before commenting.

**24 Comments**    **Automotive News**    ◯ 1    **Login**

♡ **Recommend**    🐦 Tweet    f Share    Sort by Newest

Join the discussion…

**LOG IN WITH**    **OR SIGN UP WITH DISQUS** ?

Name

When is a sale not really a sale?

**Anthony** • 4 years ago

The practice, in one form or another, goes back to the early 70's when the sales reporting process through rudimentary automation was tied to "newly invented" allocation systems. It became "an art" not "a science" with month-end creativity the rule, rather than the exception across the board. From "wind and unwind" to month end "demo's".....sales reporting and registration "gaps" have always been "laughable".....

∧ | ∨ • Reply • Share ›

**Black Dynamite!** • 4 years ago • edited

"Every day they're hustlin! Every day they're hustlin'!"

Of course, Lexus has the most actual owners and registrations.
That's what they do. That's what they're good at.

Promoting yourself as #1 in global or U.S. sales has more of an effect on stock values than sales to consumers. BMW does make sure to mention it in any consumer promotional material, though.
BD

∧ | ∨ • Reply • Share ›

**Buickman** • 4 years ago

duh

∧ | ∨ • Reply • Share ›

**idontlikeyou** • 4 years ago

Issue is this, there is a balance and example VW has been trying to whore the parts market but the way they are doing the whole sale market is making it not profitable for resellers of the parts keep that up and VW will be an example of what happend to Ford and GM in Austraila. You can not be 100% on the throttle wide open you gotta let things cycle and let the market do its thing and if you keep upsetting it, that will not work !

∧ | ∨ • Reply • Share ›

**Dan M Ketter** • 4 years ago

Well i know Ford was guilty of this dirty deed during my 30 years of unappreciated service. Unfortunately its nutting grievable by the UAW folks.

∧ | ∨ • Reply • Share ›

**ARLAN_FADELY** • 4 years ago

This has been going on for years only now are people starting to talk about this!

1 ∧ | ∨ • Reply • Share ›

**BJ1963** • 4 years ago • edited

In Europe is usual that 10 to 20% of official registrations are this kind of business. That makes obviously a strong used car market for just registered vehicles. Many people never buy new, just this saving a lot of money. It's a lie but everybody knows it and accepts. Tipycally every last week (

or three days) of the month see an enormous number of fictional sales and this happens for almost most brands and countries.

︿ | ﹀ • Reply • Share ›

**mulligan man** • 4 years ago

Tip of the iceberg

︿ | ﹀ • Reply • Share ›

**UnbeknownstToAll** • 4 years ago

Gotta love these cheating German automobile manufactures (Audi, BMW, ?) Yes everyone uses some form of "cheatery" in the race for the top spot, but these guys got caught in 2014 (below) and in 2015 in terms of registrations. Lexus should market they were the Luxury brand champs in 2015.

Last year, BMW settled a suit alleging that dealerships sold 104,000 vehicles as new from 2006 through 2014, even though the dealerships previously had declared them as sold, starting the warranty clock before a consumer took possession. BMW did not admit wrongdoing but agreed to extend warranties and reimburse customers for some repairs.

︿ | ﹀ • Reply • Share ›

**David DeVeau** • 4 years ago

These types of unethical practices may have been suspect for years,,, kudos to Automotive News for exposing the truth of how and why… I was particularly enlightened that this deceitful practice comes down to the dealers from the manufacturers.

3 ︿ | ﹀ • Reply • Share ›

**Madlock** • 4 years ago • edited

Even more remarkable is how 2015 represented a larger discrepancy between vehicles reported as sold and registered in terms of actual units but also in terms of actual percentage of reported sales at 1.64% when the highest rate in previous year(s) was 1.39% in 2013 and 2005, with other years generally hovering between .8% and 1.2%.

One important question is how many of these vehicles were not accounted for because registration occurred in a different state, may have been exported as "grey market" vehicles or, like track day cars, simply never were registered as road-going vehicles - all of which seem to have increased in recent years.

Of course, European dealers who read this probably are shocked at the rates being so low compared to what they've become accustomed to doing as a matter of course.

︿ | ﹀ • Reply • Share ›

**JSider** • 4 years ago • edited

I'm reminded of the old 2+2 job interview joke:

A company was going to fill an executive position. They decided to interview three people within the company. One from engineering, one from sales and another from finance. At the end of each interview they asked each candidate what 2+2 equaled.

When is a sale not really a sale?

The engineer pulled out his calculator and answered "four".

The sales person thinking more is always better answered "five".

The finance person thought about it, leaned over the table and whispered "what do you want it to equal?"

5 ∧ | ∨ • Reply • Share ›

**Shane Smith** ➜ JSider • 4 years ago

The Auto Companies don't care how you sell the car,no matter what they say. When its dropped off at your Store,its sold. Floor plan starts really before it gets dropped off. Then they Dangle the Banana in front of the Dealer The money,then this is where it starts to get Edgy. The Auto Companies puts The Dealers in the position. Then the lying starts from both ends. Really its called stealing. The Auto Companies Start it,then The Dealer does it and thinks it OK. 3 words Greed,Greed,Greed. Ask VW all about that.

∧ | ∨ • Reply • Share ›

**timob106** • 4 years ago

so...what I'm getting outta this is that it's a good time to get a good deal on a newish 7 series? ;)

1 ∧ | ∨ • Reply • Share ›

**JB** • 4 years ago • edited

I applaud AN for laying out the facts in the case here. This better reporting piece, although may I add, that this type of activity and pursuing article has being running for the past 20+ years. Usually, it runs in the month of Jan or Feb, once the year end sales are in.

So the facts are, OEM Exec's want to be first in something. If punching units helps achieve this goal, and if bonus for the exec's are in play... it makes for a toxic situation. The dealers are not asking for this to happen, they measure success in dollars. It becomes their problem if they do not "chip in" to do there part. Question is, this is the norm for decades, should we accept it? OR Is their enough of a ground swell to stomp down this activity?

3 ∧ | ∨ • Reply • Share ›

**James** • 4 years ago

A 1.6% margin of "error" in the "worst ever year"? Even worth a conversation given the very real and more profound issues swirling out there in dealer land? Been to SXSW? CES? Can anyone say, "ride sharing"? Or (factory owned) "autonomous car services"? How about the as yet unstated OEM "agenda" going forward into uncharted territory. Any OEM preaching clarity around the future of retailing? And where's the NADA?

1 ∧ | ∨ • Reply • Share ›

**Jose Battaglia** ➜ James • 4 years ago

You are 100% correct. OEMs are just biding their time with dealers right now until they can perfect the autonomous car (which will never be sold to consumers, only directly to OEM-controlled fleets that operate like Uber). Then it's " bye, bye Mr. Dealer."

∧ | ∨ • Reply • Share ›

**dwight mannsburden** • 4 years ago

If a dealer "sells" a car to itself, does it not get registered? Just curious.

If a dealer "sells" a car to itself, does it not get registered? Just curious.

∧ | ∨ • Reply • Share ›

**ARJAY** • 4 years ago

This is so inside baseball. Is a single customer swayed to buy a certain brand because it was number 1 in sales? Even the stock manipulation argument is hollow. If an investor buys an automaker's stock, he should understand that these shenanigans are part of the industry.

## GET FREE NEWSLETTERS

Sign up and get the best of Automotive News delivered straight to your email inbox, free of charge. Choose your news – we will deliver.

Email Address

[                                                ] CHOOSE NEWSLETTERS

## SUBSCRIBE TODAY

Get 24/7 access to in-depth, authoritative coverage of the auto industry from a global team of reporters and editors covering the news that's vital to your business.

SUBSCRIBE NOW

## CONNECT WITH US

   

Our mission

*The Automotive News mission is to be the primary source of industry news, data and understanding for the industry's decision-makers interested in North America.*

## Automotive News

## CONTACT US

1155 Gratiot Avenue
Detroit, Michigan
48207-2997

(877) 812-1584

Email us

**Automotive News**
ISSN 0005-1551 (print)
ISSN 1557-7686 (online)

**Fixed Ops Journal**
ISSN 2576-1064 (print)
ISSN 2576-1072 (online)

## RESOURCES

About us

Manage your account

Contact Us

Reprints

Media Kit

Ad Choices ▷

Subscribe

Sitemap

## LEGAL

Terms and Conditions

Privacy Policy

Privacy Request



Copyright © 1996-2020. Crain Communications, Inc. All Rights Reserved.