# Exhibit G

ANNUAL REPORT 2019

# Power of Choice



Irrespective thereof, the fact that a fine is "more likely than not" triggers a requirement to recognise a provision in accordance with International Financial Reporting Standards. Based on information currently available and in accordance with International Financial Reporting Standards, a provision of approximately €1.4 billion was recognised in the first quarter of 2019 to take account of financial impacts that cannot yet be definitively assessed. Group and Automotive segment earnings for the first quarter as well as for the full financial year were impacted accordingly. The BMW Group has examined the objections and gained access to the documents in the EU Commission's investigation file. In December 2019, the BMW Group submitted a detailed response to the EU Commission, which the latter will now examine before determining the next steps in the proceedings. Consequently, it is not yet possible to assess the ultimate financial impact definitively.

Detailed information on the key performance indicators for the Group is presented as part of the following review of the BMW Group's results of operations, financial position and net assets. The development of the key performance indicators for the Automotive, Motorcycles and Financial Services segments is described in the relevant sections on each segment.

In December 2019, BMW Group was informed by the U.S. Securities and Exchange Commission (the SEC) that the SEC had commenced an inquiry into BMW Group's vehicle sales* practices and reporting. On January 22, 2020, the SEC formally opened an investigation into potential violations of U.S. securities laws by BMW Group relating to disclosures regarding BMW Group's unit sales of new vehicles. BMW Group is reviewing the matter and cooperating with the SEC's investigation. Information on contingent liabilities is provided in → note 38 to the Group Financial Statements.

*see Glossary for the definition of deliveries

→see note 38

The preparation of BMW Group's retail vehicle delivery data involves estimates and judgments and is subject to other uncertainties, including:

— The vast majority of deliveries of vehicles are carried out by independent dealerships or other third parties, and BMW Group is reliant on such third parties to correctly report relevant data to BMW Group.

— In addition, the definition of deliveries includes any vehicles delivered in the United States or Canada if:

– the relevant dealers designate such vehicles as service loaner vehicles or demonstrator vehicles (BMW Group provides financial incentives in this regard to such dealers); or

– such vehicles are company vehicles purchased by dealers or other third parties at auctions or by dealers directly from BMW Group,

each of which may not correlate to a sale to a consumer or other end user in the relevant reporting period.

See Glossary – Explanation of Key Figures – Deliveries for the definition of deliveries.

Retail vehicle deliveries during a given reporting period do not correlate directly to the revenue that BMW Group recognises in respect of such reporting period.

In connection with reviewing its sales practices and related reporting practices, BMW Group also reviewed prior period retail vehicle delivery data and separately determined that certain vehicle deliveries were not reported in the correct periods. BMW Group has revised the data on those vehicle deliveries that had not been reported in the correct periods as further described below, and is making, and will continue to make in the future, certain adjustments to its policies and procedures in order to improve the reliability and validity of its retail vehicle delivery data, in particular with respect to the timing of the recognition of deliveries.

Specifically, the retail vehicle delivery data presented in this annual report (years 2015 through 2019) have been revised by adjusting the data for BMW Group's six most significant markets to reflect the above. In the years 2015 through 2019, these six markets (China, USA, Germany, UK, Italy and Japan) represented on average 68.3% of BMW Group's total vehicle deliveries. For each of the years 2015 through 2019, these revisions amounted to less than 1% of BMW Group's total retail vehicle deliveries. The retail vehicle delivery data for BMW Group's other markets have not been adjusted, as BMW Group believes the impact to be immaterial.

While BMW Group believes the retail vehicle delivery data presented in this annual report to be materially correct in accordance with BMW Group's definition of deliveries, challenges and further revisions of such data cannot be ruled out.

242

Corporate
Governance

→ Glossary –
Explanation
of Key Figures

# GLOSSARY – EXPLANATION OF KEY FIGURES

### Asset-backed financing transactions

A form of corporate financing involving the sale of receivables to a financing company.

### Bond

A securitised debt instrument in which the issuer certifies its obligation to repay the nominal amount at the end of a fixed term and to pay a fixed or variable rate of interest.

### Business volume in balance sheet terms

The sum of the balance sheet line items "Leased products" and "Receivables from sales financing" (current and non-current), as reported in the balance sheet for the Financial Services segment.

### Capital expenditure ratio

Investments in property, plant and equipment and other intangible assets (excluding capitalised development costs) as a percentage of Group revenues.

### Capitalisation rate

Capitalised development costs as a percentage of research and development expenditure.

### Cash flow

Liquid funds generated (cash inflows) or used (cash outflows) during a reporting period.

### Cash flow at risk

Similar to "value at risk" (see definition below).

### Cash flow hedge

A hedge against exposures to the variability in forecasted cash flows, particularly in connection with exchange rate fluctuations.

### $CO_2$ fleet emissions

The calculation of average $CO_2$ fleet emissions of a manufacturer is reported through the weighted average of $CO_2$ emissions by all vehicles newly registered in the reporting period. The calculation is based on the volume of new registrations of the manufacturer in the EU in the calendar year as well as the individual vehicle-specific $CO_2$ emissions, which have been calculated based on the WLTP test cycle and adapted to the New European Driving Cycle (NEDC). Additional effects from the recognition of eco-innovations are not taken into consideration in the disclosure of fleet emissions for 2019. For the 2020 forecast, the disclosure relates purely to a reduction of the $CO_2$ fleet emissions and not the $CO_2$ fleet limit, which the BMW Group needs to achieve. This means that the recognition of super credits, phase-in and eco-innovations is not part of the forecast.

### Commercial paper

Short-term debt instruments with a term of less than one year which are usually issued at a discount to their face value.

### Consolidation

The process of combining separate financial statements of Group entities into Group Financial Statements, depicting the financial position, net assets and results of operations of the Group as a single economic entity.

### Credit default swap (CDS)

Financial swap agreements, under which creditors of securities (usually bonds) pay premiums to the seller of the CDS to hedge against the risk that the issuer of the bond will default. As with credit default insurance agreements, the party receiving the premiums gives a commitment to compensate the bond creditor in the event of default.

### Deliveries

A new or used vehicle will be recorded as a delivery once handed over to the end user (which also includes leaseholders under lease contracts with BMW Financial Services). In the US and Canada, end users also include (1) dealers when they designate a vehicle as a service loaner or demonstrator vehicle and (2) dealers and other third parties when they purchase a company vehicle at auction and dealers when they purchase company vehicles directly from BMW Group. Deliveries may be made by BMW AG, one of its international subsidiaries, a BMW Group retail outlet, or independent third party dealers. The vast majority of deliveries – and hence the reporting to BMW Group of deliveries – is made by independent third party dealers. Retail vehicle deliveries during a given reporting period do not correlate directly to the revenue that BMW Group recognises in respect of such reporting period.

### Earnings per share (EPS)

Basic earnings per share are calculated for common and preferred stock by dividing the net profit after minority interests, as attributable to each category of stock, by the average number of shares in circulation. Earnings per share of preferred stock are computed on the basis of the number of preferred stock shares entitled to receive a dividend in each of the relevant financial years.

### EBIT

Abbreviation for "Earnings Before Interest and Taxes", equivalent in the BMW Group income statement to "Profit/loss before financial result". This is comprised of revenues less cost of sales, selling and administrative expenses and the net amount of other operating income and expenses.

### EBIT margin

Profit/loss before financial result as a percentage of revenues.

### EBT

EBIT plus financial result.

### Effective tax rate

The effective tax rate is calculated by dividing the income tax expense by the Group profit before tax.

### Equity ratio

Equity capital as a percentage of the balance sheet total.

**244**

### Fair value
The amount for which an asset could be exchanged, or a liability settled, between knowledgeable, willing parties in an arm's length transaction.

### Fair value hedge
A hedge against exposures to fluctuations in the fair value of a balance sheet item.

### Free cash flow
Free cash flow is derived from cash flows from operating and investing activities. The cash flows from investing activities from the purchase and sale of marketable securities and investment funds is not included. Cash flows from the purchase and sale of shares and the dividend payout from investments accounted for using the equity method are included in the cash flows from investing activities.

### Goodwill
Goodwill corresponds to the consideration paid to acquire an entity, less the fair value of the separate assets acquired and liabilities assumed. The buyer is willing to pay the additional amount in return for future expected earnings.

### Gross profit margin
Gross profit as a percentage of Group revenues.

### Liquidity
Cash and cash equivalents as well as marketable securities and investment funds.

### Post-tax return on sales
Group net profit as a percentage of Group revenues.

### Pre-tax return on sales
Group profit/loss before tax as a percentage of Group revenues.

### Research and development expenditure
The sum of research and non-capitalised development cost and capitalised development cost (not including the associated scheduled amortisation).

### Research and development expenditure ratio
Research and development expenditure as a percentage of Group revenues.

### Research and development locations
The engineering, IT and process expertise required for the (pre-)development of hardware and software for all BMW Group products and services is combined at the Group's international research and development locations.

### Return on capital employed (RoCE)
RoCE in the Automotive and Motorcycles segments is measured on the basis of relevant segment profit before financial result and the average amount of capital employed – at the end of the last five quarters – in the segment concerned. Capital employed corresponds to the sum of all current and non-current operational assets, less liabilities that generally do not incur interest.

**Return on equity (RoE)**

RoE in the Financial Services segment is calculated as segment profit before taxes, divided by the average amount of equity capital – at the end of the last five quarters – attributable to the Financial Services segment.

**Value at risk**

A measure of the potential maximum loss in value of an item during a set time period, based on a specified probability.

**Vocational and further training**

Comprises in-house vocational training provided by the BMW Group in 11 countries as well as the further training of BMW Group employees and temporary staff working for consolidated companies worldwide.

**Workforce size**

The BMW Group's workforce comprises the employees of BMW AG and those of all companies in which it holds a majority interest, irrespective of the treatment of those companies for consolidation purposes. Employees with dormant employment contracts, employees in the non-work phases of pre-retirement part-time working arrangements and low-income earners are not included.