**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.*<br><br>*Defendants.* | Case No. 2:20-cv-15081-CCC-AME<br><br><u>CLASS ACTION</u> |

## [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

On the 15th day of September, 2022, a hearing having been held before this Court to determine whether the proposed plan of allocation of the Net Settlement Fund ("Plan of Allocation") created by the Settlement in the above-captioned action ("Action") should be approved.

The Court having considered all matters submitted to it at the hearing and otherwise; and

It appearing that the Notice substantially in the form approved by the Court in the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Preliminary Approval Order") (ECF No. 49)

was provided to all reasonably identifiable Settlement Class Members and posted to the website of the Claims Administrator; and;

It appearing that the Summary Notice substantially in the form approved by the Court in the Preliminary Approval Order was published in accordance with that Order and the specifications of the Court;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All capitalized terms used herein have the same meanings as set forth and defined in the Stipulation of Settlement dated April 1, 2022 (ECF No. 45).

2. The Court has jurisdiction over the subject matter of the Action, Plaintiffs, all Settlement Class Members and Defendants.

3. The Plan of Allocation set forth in the Notice of Pendency and Proposed Settlement of Class Action (ECF No. 45-2) provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Authorized Claimants, and is all in respects fair and reasonable.  Accordingly, the Court approves the Plan of Allocation.

4. There is no just reason for delay in the entry of this Order, and the Court directs immediate entry of this Order by the Clerk of the Court.

Dated: _____, 2022           _____
                                   HON. CLAIRE C. CECCHI
                                   UNITED STATES DISTRICT JUDGE