# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* <br><br> *Defendants.* | Case No. 2:20-cv-15081-CCC-AME <br><br> <u>CLASS ACTION</u> |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.   I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, dated May 9, 2022 (Dkt. No. 49, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in

connection with the Settlement of the above-captioned action.[1]  I submit this declaration in order to provide the Court and the Parties information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release Form ("Claim Form") (collectively, the "Notice and Claim") for the DTC to publish on its Legal Notice System ("LENS") on May 20, 2022. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A true and correct copy of the Notice and Claim is attached as **Exhibit A**.

4.    As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 878 banks and brokerage companies ("Nominee Account Holders"), as well as 1,048 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On May 20, 2022, SCS caused a letter to be mailed or e-mailed to the 1,926 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the Summary Notice or the link to the location of the

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated April 1, 2022 (Dkt. No. 45, the "Stipulation").

Notice and Claim on the settlement webpage to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email the Summary Notice or the link to the location of the Notice and Claim on the settlement webpage.  A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.    To provide actual notice to those persons and entities that purchased the American Depositary Receipts ("ADRs") or F shares of Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") publicly traded over-the-counter during the period from November 3, 2015 through September 24, 2020, inclusive (the "Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class.  **Exhibit C** is a copy of the Postcard Notice.

6.    SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 126 individuals and organizations identified in the transfer records that were provided to SCS by the transfer agent, BNY Mellon.  These records reflect persons and entities that purchased BMW AG ADRs or F shares for their own account, or for the account(s) of their clients, during the Class Period.  The transfer record mailing was completed on May 25, 2022.  Following this mailing, SCS received 73,217 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received a request from three nominee for 32,601 Postcard Notices so that the nominee could forward them to their customers, and SCS received notification from four nominees that they mailed the Postcard Notices to 3,650 of their customers.  To date, 109,594 Postcard Notices have been mailed to potential Settlement Class Members.

7. Additionally, SCS was notified by a nominee that they emailed 15,401 of their clients to notify them of this settlement and provide a direct link to the Notice and Claim on the settlement webpage.

8. In total, 124,995 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed a direct link to the Notice and Claim.

9. Out of the 109,594 Postcard Notices mailed, 4,104 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 241, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 3,863 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 1,401 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

10. Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published electronically once on *Globe Newswire* on June 6, 2022, as shown in the confirmation of publication attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

11. SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request the Notice and Claim Form to be mailed to them. SCS has promptly responded to each telephone inquiry and to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

12. On May 20, 2022, SCS established a webpage on its website at www.strategicclaims.net/bmw/. The webpage is accessible 24 hours a day, 7 days a week. The

webpage contains the current status; the case deadlines; the online claim filing link; and important documents such as the Notice and Claim, the Preliminary Approval Order, and the Stipulation.

## <u>REPORT ON EXCLUSIONS AND OBJECTIONS</u>

13.     The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than August 25, 2022.  SCS has been monitoring all mail delivered for this case.  As of the date of this declaration, SCS has received four invalid requests for exclusion.  All four exclusion requests were incomplete; therefore, SCS requested the missing information and/or transaction information.  To date, none of them have responded with the necessary information.  **Exhibit E** are copies of the exclusion requests and SCS's responses.

14.     According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than August 25, 2022.  As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objection was submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18th day of August 2022, in Media, Pennsylvania.


_Josephine B ravata_
Josephine Bravata

5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br><br> v. <br><br><br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* <br><br> *Defendants.* | Case No. 2:20-cv-15081-CCC-AME <br><br> <u>CLASS ACTION</u> |

<u>**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**</u>

If you purchased the American Depositary Receipts ("ADRs") or F shares of Bayerische Motoren Werke Aktiengesellschaft ("BMW AG" or the "Company") publicly traded over-the-counter (OTC) during the period from November 3, 2015 through September 24, 2020, both dates inclusive ("Class Period"), you could get a payment from a class action settlement (the "Settlement")[1].

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide one million seven hundred fifty thousand dollars ($1,750,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased BMW AG ADRs and F shares publicly traded over-the-counter (OTC) during the Class Period.

- The Settlement represents an estimated average recovery of $0.07 per share for the approximately 24.4 million BMW AG ADRs and F shares damaged during the Class Period. This is not an estimate of the actual recovery per ADR or F share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold BMW AG ADRs or F shares, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed 1/3 (one-third) of the Settlement Fund ($583,333.33), reimbursement of no more than $25,000 in litigation expenses, and a total case contribution award to Plaintiffs not to exceed $7,000 total. Collectively, the attorneys' fees and expenses and Plaintiffs' award are estimated to average $0.02 per BMW AG ADR and F share damaged during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Amount.

- The average approximate recovery, after deduction of attorneys' fees, litigation expenses, and Plaintiffs' awards approved by the Court, is $0.05 per BMW AG ADR and F share damaged during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per ADR or F share you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s)

---

[1] The ticker symbol for ADRs is BMWYY and the ticker symbols for F shares are BAMXF and BYMOF.

1

you purchased and sold BMW ADRs or F shares, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants materially misrepresented BMW's U.S. retail sales volume. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. Defendants have also denied, among other things, the allegations that Plaintiffs or the Settlement Class have suffered damages or that Plaintiffs or the Settlement Class were harmed by the conduct alleged in the Action. Defendants continue to believe the claims asserted against them in the Action are without merit.
- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **August 25, 2022**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **August 25, 2022.** This is the only way you can ever be part of any other lawsuit against the Defendants or the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **August 25, 2022** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask, no later than **August 25, 2022.** to speak in Court about the fairness of the Settlement at the hearing on **September 15, 2022**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

**INQUIRIES**

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| BMW AG Securities Litigation c/o Strategic Claims Services P.O. Box 230 600 N. Jackson St., Ste. 205 Media, PA 19063 Tel.: (866) 274-4004 Fax: (610) 565-7985 info@strategicclaims.net | **or** | Laurence Rosen, Esq. THE ROSEN LAW FIRM, P.A. One Gateway Center Suite 2600 Newark, NJ 07102 Tel: (973) 313-1887 Fax: (973) 833-0399 info@rosenlegal.com |
|---|---|---|

**DEFINITIONS**

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated April 1, 2022 (the "Settlement Stipulation").

**COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT**

**1.     Why did I get this Notice?**

You or someone in your family may have purchased BMW AG ADRs or F shares during the period from November 3, 2015 through September 24, 2020, inclusive.

**2.     What is this lawsuit about?**

The case is known as *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (the "Action"). The Court in charge of the case is the United States District Court for the District of New Jersey.

The Action involves allegations that Defendants made materially false statements and failed to disclose material facts to the public. Specifically, the Complaint alleges that throughout the Class Period, Defendants engaged in several undisclosed practices that had the effect of inflating BMW's U.S. retail sales volume. Defendants have denied and continue to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Plaintiffs or any other Settlement Class Member.

**3.     Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.     Why is there a Settlement?**

Plaintiffs and Defendants do not agree regarding the merits of Plaintiffs' allegations or the average amount of damages per ADR or F share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and Defendants disagree include:

3

(1) whether Defendants made any allegedly misleading statements or omissions; (2) whether Defendants acted knowingly or were grossly reckless in making the alleged misrepresentations; (3) whether the alleged misrepresentations caused any loss in the value of BMW AG ADRs and F shares; and (4) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Plaintiffs or Defendants. Instead, Plaintiffs and Defendants have agreed to settle the case. Plaintiffs and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Defendants. Among the reasons that Plaintiffs and Lead Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they will be able to show that the alleged misstatements and omissions were material, that the alleged misstatements and omissions actually caused the Settlement Class any damages and the amount of damages, if any.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased BMW AG ADRs or F shares from November 3, 2015 through September 24, 2020, both dates inclusive, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are Defendants, the present and former officers and directors of Defendants and any subsidiaries thereof, and the immediate family members, legal representatives, heirs, successors, or assigns of such excluded persons and any entity in which any such excluded person has or had a controlling interest during the Class Period.  You are also excluded from recovering any portion of the Settlement Fund if you have a net profit in purchases and sales of BMW AG ADRs or F shares or otherwise suffered no compensable damages during the Class Period. You may choose to be excluded from the Settlement Class by filing a valid and timely request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/BMW/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Defendants and/or their insurers to pay one million seven hundred fifty thousand dollars ($1,750,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

4

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold BMW AG ADRs and F shares; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Plaintiffs.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by Defendants, the price of BMW AG ADRs and F shares were artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated price of BMW AG ADRs and F shares.  Defendants have denied and continue to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

## PROPOSED PLAN OF ALLOCATION OF THE NET SETTLEMENT FUND

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement.  The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members.  Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/BMW/.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss.  **Please Note**:  The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount of what a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement.  The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph.  If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible.  If six (6) months

5

after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Lead Counsel.

**THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:**

**(I)**    **Recognized Loss for the Company's ADRs (Symbol: BMWYY) Purchased in Domestic Transactions During the Class Period will be calculated as follows:**

(A)    For ADRs purchased during the Class Period <u>and sold during the Class Period</u>, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below) less the inflation per share upon sale (as set forth in Inflation Table A below); or (2) the purchase price per share minus the sales price per share.

(B)    For ADRs purchased during the Class Period <u>and sold during the period September 25, 2020 through December 23, 2020</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the difference between the purchase price per share and the average closing ADR price as of date of sale provided in Table B below.

(C)    For ADRs purchased during the Class Period <u>and retained as of the close of trading on December 23, 2020</u>, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table A below); or (2) the purchase price per share minus the 90-day lookback price of $26.91[2] per share.

| INFLATION TABLE A | |
| --- | --- |
| ADRs (BMWYY) During the Class Period | |
| **Period** | **Inflation** |
| November 3, 2015 to December 20, 2019, inclusive | $.86 per share |
| December 21, 2019 to September 24, 2020 inclusive | $.59 per share |

---

[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated."  $26.91 per share was the mean (average) daily closing trading price of the Company's BMWYY ADRs during the 90-day period beginning on September 25, 2020 through and including on December 23, 2020.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **TABLE B** | | | | | | | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 9/25/2020 | $23.07 | $23.07 | | 10/26/2020 | $24.84 | $24.84 | | 11/24/2020 | $30.41 | $25.64 |
| 9/28/2020 | $24.02 | $23.55 | | 10/27/2020 | $24.06 | $24.81 | | 11/25/2020 | $29.95 | $25.74 |
| 9/29/2020 | $24.15 | $23.75 | | 10/28/2020 | $22.52 | $24.71 | | 11/27/2020 | $29.07 | $25.81 |
| 9/30/2020 | $24.22 | $23.86 | | 10/29/2020 | $22.78 | $24.64 | | 11/30/2020 | $28.99 | $25.88 |
| 10/1/2020 | $24.45 | $23.98 | | 10/30/2020 | $22.83 | $24.57 | | 12/1/2020 | $30.03 | $25.97 |
| 10/2/2020 | $24.39 | $24.05 | | 11/2/2020 | $23.13 | $24.51 | | 12/2/2020 | $29.98 | $26.05 |
| 10/5/2020 | $25.20 | $24.21 | | 11/3/2020 | $24.34 | $24.51 | | 12/3/2020 | $29.90 | $26.13 |
| 10/6/2020 | $25.10 | $24.33 | | 11/4/2020 | $24.20 | $24.50 | | 12/4/2020 | $30.22 | $26.21 |
| 10/7/2020 | $25.78 | $24.49 | | 11/5/2020 | $25.33 | $24.52 | | 12/7/2020 | $29.75 | $26.28 |
| 10/8/2020 | $25.77 | $24.62 | | 11/6/2020 | $25.27 | $24.55 | | 12/8/2020 | $29.50 | $26.34 |
| 10/9/2020 | $25.48 | $24.69 | | 11/9/2020 | $26.36 | $24.60 | | 12/9/2020 | $29.41 | $26.40 |
| 10/12/2020 | $25.64 | $24.77 | | 11/10/2020 | $27.34 | $24.69 | | 12/10/2020 | $28.91 | $26.45 |
| 10/13/2020 | $25.10 | $24.80 | | 11/11/2020 | $27.60 | $24.77 | | 12/11/2020 | $28.56 | $26.49 |
| 10/14/2020 | $24.95 | $24.81 | | 11/12/2020 | $27.52 | $24.85 | | 12/14/2020 | $29.05 | $26.53 |
| 10/15/2020 | $24.24 | $24.77 | | 11/13/2020 | $27.91 | $24.94 | | 12/15/2020 | $30.04 | $26.59 |
| 10/16/2020 | $24.65 | $24.76 | | 11/16/2020 | $28.73 | $25.04 | | 12/16/2020 | $30.31 | $26.66 |
| 10/19/2020 | $24.68 | $24.76 | | 11/17/2020 | $28.82 | $25.14 | | 12/17/2020 | $30.25 | $26.72 |
| 10/20/2020 | $25.18 | $24.78 | | 11/18/2020 | $28.90 | $25.24 | | 12/18/2020 | $30.34 | $26.78 |
| 10/21/2020 | $25.16 | $24.80 | | 11/19/2020 | $29.36 | $25.34 | | 12/21/2020 | $29.75 | $26.83 |
| 10/22/2020 | $25.20 | $24.82 | | 11/20/2020 | $29.21 | $25.43 | | 12/22/2020 | $29.24 | $26.87 |
| 10/23/2020 | $25.26 | $24.84 | | 11/23/2020 | $29.27 | $25.52 | | 12/23/2020 | $29.88 | $26.91 |

(II)  **Recognized Loss for the Company's F Shares (Symbol: BAMXF) Purchased in Domestic Transactions During the Class Period will be calculated as follows:**

(A)  For F shares (BAMXF) purchased during the Class Period and sold during the Class Period, the Recognized Loss per share will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below) less the inflation per share upon sale (as set forth in Inflation Table C below); or (2) the purchase price per share minus the sales price per share.

(B)  For F shares (BAMXF) purchased during the Class Period and sold during the period September 25, 2020 through December 23, 2020, inclusive, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below); or (2) the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table D below.

(C)  For F shares (BAMXF) purchased during the Class Period and retained as of the close of trading on December 23, 2020, the Recognized Loss will be the *lesser* of: (1) the inflation per share upon purchase (as set forth in Inflation Table C below); or (2) the purchase price per share minus the 90-day lookback price of $80.59 per share.

| **INFLATION TABLE C** | |
|---|---|
| F Shares (BAMXF) During the Class Period | |
| **Period** | **Inflation** |
| November 3, 2015 to December 20, 2019, inclusive | $4.02 per share |
| December 21, 2019 to September 24, 2020 inclusive | $2.73 per share |

7

| TABLE D | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 9/25/2020 | $68.91 | $68.91 | | 10/26/2020 | $74.02 | $74.47 | | 11/24/2020 | $90.30 | $76.68 |
| 9/28/2020 | $70.91 | $69.91 | | 10/27/2020 | $72.11 | $74.37 | | 11/25/2020 | $90.40 | $76.99 |
| 9/29/2020 | $70.91 | $70.24 | | 10/28/2020 | $67.78 | $74.09 | | 11/27/2020 | $90.40 | $77.29 |
| 9/30/2020 | $72.93 | $70.92 | | 10/29/2020 | $67.24 | $73.82 | | 11/30/2020 | $87.45 | $77.51 |
| 10/1/2020 | $73.60 | $71.45 | | 10/30/2020 | $68.00 | $73.60 | | 12/1/2020 | $89.79 | $77.77 |
| 10/2/2020 | $73.60 | $71.81 | | 11/2/2020 | $69.44 | $73.44 | | 12/2/2020 | $90.28 | $78.03 |
| 10/5/2020 | $75.44 | $72.33 | | 11/3/2020 | $69.44 | $73.30 | | 12/3/2020 | $90.03 | $78.28 |
| 10/6/2020 | $76.50 | $72.85 | | 11/4/2020 | $73.28 | $73.30 | | 12/4/2020 | $90.03 | $78.51 |
| 10/7/2020 | $77.50 | $73.37 | | 11/5/2020 | $73.28 | $73.30 | | 12/7/2020 | $90.03 | $78.74 |
| 10/8/2020 | $77.45 | $73.78 | | 11/6/2020 | $75.58 | $73.37 | | 12/8/2020 | $88.42 | $78.93 |
| 10/9/2020 | $76.20 | $74.00 | | 11/9/2020 | $81.05 | $73.61 | | 12/9/2020 | $88.42 | $79.11 |
| 10/12/2020 | $76.20 | $74.18 | | 11/10/2020 | $81.81 | $73.86 | | 12/10/2020 | $86.74 | $79.25 |
| 10/13/2020 | $75.42 | $74.27 | | 11/11/2020 | $82.27 | $74.11 | | 12/11/2020 | $84.74 | $79.35 |
| 10/14/2020 | $74.90 | $74.32 | | 11/12/2020 | $82.36 | $74.34 | | 12/14/2020 | $87.98 | $79.50 |
| 10/15/2020 | $71.77 | $74.15 | | 11/13/2020 | $83.52 | $74.60 | | 12/15/2020 | $89.75 | $79.68 |
| 10/16/2020 | $74.50 | $74.17 | | 11/16/2020 | $85.95 | $74.91 | | 12/16/2020 | $91.00 | $79.88 |
| 10/19/2020 | $75.10 | $74.23 | | 11/17/2020 | $86.48 | $75.21 | | 12/17/2020 | $90.39 | $80.05 |
| 10/20/2020 | $75.10 | $74.27 | | 11/18/2020 | $87.49 | $75.52 | | 12/18/2020 | $89.98 | $80.22 |
| 10/21/2020 | $75.25 | $74.33 | | 11/19/2020 | $87.89 | $75.83 | | 12/21/2020 | $89.53 | $80.37 |
| 10/22/2020 | $76.50 | $74.43 | | 11/20/2020 | $86.90 | $76.10 | | 12/22/2020 | $87.14 | $80.48 |
| 10/23/2020 | $75.68 | $74.49 | | 11/23/2020 | $86.80 | $76.36 | | 12/23/2020 | $87.14 | $80.59 |

**(III)** **Recognized Loss for the Company's F Shares (Symbol: BYMOF) Purchased in Domestic Transactions During the Class Period will be calculated as follows:**

(A)   For F shares (BYMOF) <u>sold on or before December 20, 2019</u>, the Recognized Loss is $0.

(B)   For F shares (BYMOF) <u>sold during the period December 21, 2019 through September 24, 2020</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) $3.20 per share or (2) the purchase price per share minus the sales price per share.

(C)   For F shares (BYMOF) <u>sold during the period September 25, 2020 through December 23, 2020</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) $3.20 per share or (2) the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table E below.

(D)   For F shares (BYMOF) purchased during the Class Period <u>and retained as of the close of trading on December 23, 2020</u>, the Recognized Loss will be the *lesser* of: (1) $3.20 per share; or (2) the purchase price per share minus the 90-day lookback price of $58.61 per share.

8

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TABLE E** | | | | | | | | | | |
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 9/25/2020 | $55.00 | $55.00 | | 10/26/2020 | $57.66 | $56.75 | | 11/24/2020 | $61.00 | $57.49 |
| 9/28/2020 | $55.00 | $55.00 | | 10/27/2020 | $57.66 | $56.79 | | 11/25/2020 | $61.00 | $57.57 |
| 9/29/2020 | $55.00 | $55.00 | | 10/28/2020 | $55.00 | $56.72 | | 11/27/2020 | $61.00 | $57.65 |
| 9/30/2020 | $55.00 | $55.00 | | 10/29/2020 | $55.00 | $56.65 | | 11/30/2020 | $61.00 | $57.72 |
| 10/1/2020 | $55.00 | $55.00 | | 10/30/2020 | $55.00 | $56.59 | | 12/1/2020 | $61.00 | $57.79 |
| 10/2/2020 | $55.00 | $55.00 | | 11/2/2020 | $55.00 | $56.53 | | 12/2/2020 | $61.00 | $57.86 |
| 10/5/2020 | $57.00 | $55.29 | | 11/3/2020 | $55.00 | $56.47 | | 12/3/2020 | $61.00 | $57.92 |
| 10/6/2020 | $57.00 | $55.50 | | 11/4/2020 | $55.00 | $56.42 | | 12/4/2020 | $61.00 | $57.99 |
| 10/7/2020 | $57.00 | $55.67 | | 11/5/2020 | $55.00 | $56.38 | | 12/7/2020 | $61.00 | $58.04 |
| 10/8/2020 | $57.00 | $55.80 | | 11/6/2020 | $55.00 | $56.33 | | 12/8/2020 | $61.00 | $58.10 |
| 10/9/2020 | $57.00 | $55.91 | | 11/9/2020 | $55.00 | $56.29 | | 12/9/2020 | $61.00 | $58.16 |
| 10/12/2020 | $57.00 | $56.00 | | 11/10/2020 | $61.00 | $56.43 | | 12/10/2020 | $61.00 | $58.21 |
| 10/13/2020 | $57.66 | $56.13 | | 11/11/2020 | $61.00 | $56.57 | | 12/11/2020 | $61.00 | $58.26 |
| 10/14/2020 | $57.66 | $56.24 | | 11/12/2020 | $61.00 | $56.69 | | 12/14/2020 | $61.00 | $58.31 |
| 10/15/2020 | $57.66 | $56.33 | | 11/13/2020 | $61.00 | $56.81 | | 12/15/2020 | $61.00 | $58.36 |
| 10/16/2020 | $57.66 | $56.42 | | 11/16/2020 | $61.00 | $56.93 | | 12/16/2020 | $61.00 | $58.40 |
| 10/19/2020 | $57.66 | $56.49 | | 11/17/2020 | $61.00 | $57.03 | | 12/17/2020 | $61.00 | $58.45 |
| 10/20/2020 | $57.66 | $56.55 | | 11/18/2020 | $61.00 | $57.13 | | 12/18/2020 | $61.00 | $58.49 |
| 10/21/2020 | $57.66 | $56.61 | | 11/19/2020 | $61.00 | $57.23 | | 12/21/2020 | $61.00 | $58.53 |
| 10/22/2020 | $57.66 | $56.66 | | 11/20/2020 | $61.00 | $57.32 | | 12/22/2020 | $61.00 | $58.57 |
| 10/23/2020 | $57.66 | $56.71 | | 11/23/2020 | $61.00 | $57.41 | | 12/23/2020 | $61.00 | $58.61 |

For purposes of calculating your Recognized Loss, the date of purchase or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all your purchases of the Company shares during the period November 3, 2015 through and including December 23, 2020. The Company's ADRs and F shares purchased and sold during the Class Period must have been sold at a loss and after an alleged corrective disclosure to qualify as a Recognized Loss. Trading gains, if any, will have a Recognized Loss of $0.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Settlement Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Claim Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all

9

claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.      How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/BMW. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/BMW **by 11:59 p.m. EST on August 25, 2022**; or (2) by mailing the claim form together with all documentation requested in the form, **postmarked no later than August 25, 2022**, to:

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.      What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the August 25, 2022 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Defendants and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Defendants and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase or acquisition of BMW AG ADRs or F shares during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, acquisition, sale or ownership of BMW AG ADRs or F shares during the Settlement Class. The specific terms of the release are included in the Settlement Stipulation.

**11.      How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue the Defendants or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Spanier v.*

10

*Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.)" and (B) states the number of shares of publicly-traded BMW AG ADRs or F shares that you (i) owned as of the opening of trading on November 3, 2015 and (ii) purchased and/or sold during the Class Period (*i.e.*, from November 3, 2015 through September 24, 2020, inclusive), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of BMW AG ADRs or F shares during the Class Period; and (ii) demonstrating your status as a beneficial owner of the BMW AG ADR or F share. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than August 25, 2022**, to the Claims Administrator at the following address:

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Defendants or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue the Defendants or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($583,333.33) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $25,000, and an award to Plaintiffs not to exceed $7,000 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

11

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of BMW AG ADRs and F shares during the Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than August 25, 2022**:

| Clerk of the Court United States District Court District of New Jersey Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101 | Laurence Rosen The Rosen Law Firm, P.A. One Gateway Center Suite 2600 Newark, NJ 07102  ***Lead Counsel*** | Jay B. Kasner Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, NY 10001  Michael G. Bongiorno Wilmer Cutler Pickering Hale and Dorr LLP 7 World Trade Center 250 Greenwich Street New York, NY 10007  ***Counsel for Defendants*** |
|---|---|---|

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on **September 15, 2022 at 10:30 a.m.**, at the U.S. District Court, District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101. The Court reserves the right to reschedule the hearing date, hold the Settlement Hearing telephonically or by other virtual means.

**18.     Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.     What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Defendants or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

### SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Class Period, you purchased, otherwise acquired, or sold BMW AG ADRs or F shares for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased BMW AG ADRs or F shares during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to this Notice and Proof of Claim and Release Form to the email address of each beneficial purchaser/owner of BMW AG ADRs or F shares; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of the BMW AG ADRs or F shares. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.05 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.05 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.05 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.

DATED: MAY 9, 2022                     BY ORDER OF THE UNITED STATES
                                       DISTRICT COURT FOR THE
                                       DISTRICT OF NEW JERSEY

13

**PROOF OF CLAIM AND RELEASE FORM**

**Deadline for Submission:  August 25, 2022**

IF YOU PURCHASED THE PUBLICLY-TRADED AMERICAN DEPOSITARY RECEIPTS ("ADRs") OR F SHARES OF BMW AG ("BMW" OR THE "COMPANY") FROM NOVEMBER 3, 2015 TO SEPTEMBER 24, 2020, BOTH DATES INCLUSIVE ("CLASS PERIOD"), YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM BY 11:59 P.M. EST ON AUGUST 25, 2022 AT WWW.STRATEGICCLAIMS.NET/BMW/.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM AND RELEASE FORM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND RELEASE FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN AUGUST 25, 2022 TO THE CLAIMS ADMINISTRATOR, STRATEGIC CLAIMS SERVICES, AT THE FOLLOWING ADDRESS:

BMW AG Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY AUGUST 25, 2022 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION.  DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM AND RELEASE FORM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE ORDER AND FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM AND RELEASE FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

14

## CLAIMANT'S STATEMENT

1. I (we) purchased BMW AG ADRs or F shares during the Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase BMW AG ADRs or F shares during the Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim and Release Form. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim and Release Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase of BMW AG ADR and F share, and each sale, if any, of such securities. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of BMW AG ADRs or F shares listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6. I (we) understand that the information contained in this Proof of Claim and Release Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated April 1, 2022 (the "Settlement Stipulation").

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators,

15

predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Proof of Claim and Release Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Settlement Class Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Settlement Stipulation.

10. "Settlement Class Claims" has the meaning laid out in the Settlement Stipulation.

11. "Unknown Claims" has the meaning laid out in the Settlement Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Settlement Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/. One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in the Company's ADRs and F shares should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Class Period, one total holding at the end of the Class Period, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in the Company's ADRs and F shares to prove and accurately process the Proof of Claim and Release Form.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net/bmw/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

BMW AG

## I. CLAIMANT INFORMATION

| Beneficial Owner Name | | |
|---|---|---|
| | | |
| Address | | |
| | | |
| City | State | ZIP |
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |
| Email | | |
| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |

## II. SCHEDULE OF TRANSACTIONS IN BMW AG ADRS AND F SHARES

**Beginning Holdings:**

A. State the total number of shares of BMW AG ADR and F share held at the close of trading on November 2, 2015 (*must be documented*).  If none, write "zero" or "0."

| ADR: |
|---|
| F – BAMXF: |
| F – BYMOF: |

**Purchases/Acquisitions:**

B. Separately list each and every purchase or acquisition of BMW AG ADRs and F shares from November 3, 2015 through December 23, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Type of BMW AG Security (ADR, F-BAMXF, or F-BYMOF) | Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

17

BMW AG

**Sales:**

C.  Separately list each and every sale of BMW AG ADRs and F shares from November 3, 2015 through December 23, 2020, both dates inclusive, and provide the following information (*must be documented*):

| Type of BMW AG Security (ADR, F-BAMXF, or F-BYMOF) | Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of BMW AG ADRs and F shares held at the close of trading on December 23, 2020 (*must be documented).*

| |
|---|
| ADR: |
| F – BAMXF: |
| F – BYMOF: |

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s). For most individuals, this is your Social Security Number. The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number. If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Settlement Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of New Jersey with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of BMW AG ADRs and F shares during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

18

BMW AG

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)

☐ Check here if proof of authority to file is enclosed. (See Item 2 under Claimant's Statement)

Date: _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE POSTMARKED NO LATER THAN AUGUST 25, 2022 AND MUST BE MAILED TO:**

BMW AG Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Proof of Claim and Release Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by August 25, 2022 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Proof of Claim and Release Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proof of Claim and Release Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim and Release Form. Please notify the Claims Administrator of any change of address.

19

BMW AG Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**REMINDER CHECKLIST**

o  Please be sure to sign this Proof of Claim and Release Form on page 19.  If this Proof of Claim and Release Form is submitted on behalf of joint claimants, then each claimant must sign.
o  Please remember to attach supporting documents. Do NOT send any stock certificates.  Keep copies of everything you submit.
o  Do NOT use highlighter on the Proof of Claim and Release Form or any supporting documents.
o  If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent.
o  If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

EXHIBIT B

**REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS**

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net        FAX: (610) 565-7985

May 20, 2022

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE AMERICAN DEPOSITARY RECEIPTS ("ADRS") OR F SHARES OF BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT ("BMW AG" OR THE "COMPANY") PUBLICY TRADED OVER-THE-COUNTER (OTC) DURING THE PERIOD FROM NOVEMBER 3, 2015 THROUGH SEPTEMBER 24, 2020, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are Defendants, the present and former officers and directors of Defendants and any subsidiaries thereof, and the immediate family members, legal representatives, heirs, successors, or assigns of such excluded persons and any entity in which such excluded person has or had a controlling interest during the Class Period.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *BMW AG Securities Litigation*<br>Case No. 2:20-cv-15081-CCC-AME<br>Claim Filing Deadline: August 25, 2022<br>Exclusion Deadline: August 25, 2022<br>Objection Deadline: August 25, 2022<br>Settlement Hearing: September 15, 2022 | Cusip Numbers: 072743206 & 072743305,<br>D12096109 & D12096125 |

**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE**

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the Summary Notice or a link to the Notice and Proof of Claim and Release Form or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Summary Notice and either email the Summary Notice in electronic format or links to the Notice and Proof of Claim and Release Form and advise us that you will be emailing to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per emailed Notice sent** OR
- **$0.05 per name, address and email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator if** you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim Form and Release Form and all the important documents are available on our website at www.strategicclaims.net/BMW/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
BMW AG Securities Litigation

# EXHIBIT C

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*

*You may be entitled to a payment.*
*This notice may affect your legal rights.*

*Please read it carefully.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of claims against Bayerische Motoren Werke AG ("BMW AG") and BMW of North America LLC. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public about BMW AG's business, causing damage to Settlement Class Members. Defendants deny any wrongdoing.

You received this notice because you may have purchased BMW AG's American Depositary Receipts ("ADRs") or F shares between November 3, 2015 and September 24, 2020, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $1,750,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/BMW/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: BMW AG Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website: www.strategicclaims.net/BMW/. PROOFS OF CLAIM ARE DUE BY AUGUST 25, 2022 TO: BMW AG SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/BMW/. If you do not want to be legally bound by the Settlement, you must exclude yourself by August 25, 2022. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by August 25, 2022. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on September 15, 2022 at 10:30 a.m. at the Court, 50 Walnut Street, Courtroom 5B, Newark, NJ, 07101, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to 1/3 (one-third) of the Settlement Fund in attorneys' fees, plus up to $25,000 in expenses, and total Award to Plaintiffs of no more than $7,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

**jbravata@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, June 6, 2022 9:00 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Bayerische Motoren Werke Aktiengesellschaft American Depositary Receipts or F shares – BMWYY BAMXF BYMOF**

*Cross time: **06/06/22 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

# SUPPORT CENTER
Support Ticket System

06/02/2022 10:59:25 AM

# Ticket #403179

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | kristinusf |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 06/02/2022 08:32:04 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | |
| **Due Date** | 06/03/2022 08:32:04 AM | | **Last Message** | 06/02/2022 08:32:04 AM |

**Ticket Details**

| | |
|---|---|
| **Case:** | BMW AG |

## SCS Contact Form: Question about a Case

| 06/02/2022 08:32:04 AM SCS Contact Form: Question about a Case | 'Amazon Reply |
|---|---|

**Reason for Contacting Us**

Question about a Case

**Please tell us what case you are inquiring about**

Spanier vs. BMW

**Control Number / Mail ID**

68

**Name**

Kristin Hahn

**Email**

**Phone**

**Your Question**

A notice was filed with the court today alleging since this is the first notice I have received that my name was included on this particular case. Alleging impr
I wish to be excluded from all settlements with BMW as it is the improper forum for such an event.

**SUPPORT CENTER**
Support Ticket System

06/02/2022 10:59:25 AM

# SUPPORT CENTER
#### Support Ticket System

06/02/2022 09:23:16 AM

# Ticket #902708

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | kristinusf |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 06/02/2022 08:40:07 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 06/02/2022 09:23:08 AM |
| **Due Date** | 06/03/2022 08:40:07 AM | | **Last Message** | 06/02/2022 08:40:07 AM |

**Ticket Details**

| | |
|---|---|
| **Case:** | BMW AG |

# [No Subject]

| 06/02/2022 08:40:07 AM [No Subject] | kristinusf |
|---|---|

A notice was filed with the court today alleging since this is the first notice I have received that my name was included on this particular case.

Spanier vs. BMW.

Alleging improper venue ada violations, and geneva and Hague violations by all parties against a protected person.

I wish to be excluded from all settlements with BMW as it is the improper forum and venue and the court would not have jurisdiction over or the Hahn household personally for such an event.

Any future cases involving myself I am to be excluded from unless my express consent is given by myself personally.

Kristin Hahn

| 06/02/2022 09:23:08 AM | George Allen |
|---|---|

Good morning,

We have received your request regarding the *BMW AG Securities Litigation.*

Please note: **You cannot exclude yourself by telephone or by e-mail.**

Instructions for how to exclude yourself from the Settlement can be found starting on p. 10 of the attached Notice/Claim Form ("11. How do I get out of the Settlement?"), also copied below:

# SUPPORT CENTER
Support Ticket System

06/02/2022 09:23:16 AM

To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in Spanier v. 11 Bayerische Motoren Werke Aktiengesellschaft, et al., 2:20-cv-15081-CCC-AME (D.N.J.)" and (B) states the number of shares of publicly-traded BMW AG ADRs or F shares that you (i) owned as of the opening of trading on November 3, 2015 and (ii) purchased and/or sold during the Class Period (i.e., from November 3, 2015 through September 24, 2020, inclusive), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale.

In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of BMW AG ADRs or F shares during the Class Period; and (ii) demonstrating your status as a beneficial owner of the BMW AG ADR or F share.

Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. **You must mail your exclusion request, to be received no later than August 25, 2022, to the Claims Administrator at the following address:**


BMW AG Securities Litigation

c/o Strategic Claims Services

P.O. Box 230

600 N. Jackson St., Ste. 205

Media, PA 190 3

If you have any further questions, please feel free to contact our office.


Thank you.


--

Claims Administrator

Strategic Claims Services

600 N. Jackson St. - Suite 205

Media PA 19063

Phone: 610-565-9202

Fax: 610-565-7985

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**SUPPORT CENTER**
Support Ticket System

06/02/2022 09:23:16 AM

BMW AG Final Notice and Claim.pdf (394 kb)

# SUPPORT CENTER
### Support Ticket System

06/02/2022 10:57:05 AM

# Ticket #540256

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | kristinusf |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 06/02/2022 09:32:12 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | |
| **Due Date** | 06/03/2022 09:32:12 AM | | **Last Message** | 06/02/2022 09:32:12 AM |

## Ticket Details

| | |
|---|---|
| **Case:** | BMW AG |

# [No Subject]

| 06/02/2022 09:32:12 AM [No Subject] | kristinusf |
|---|---|

Do the math, no children plus no children equals no children.

Equals a false filing to a courtroom.

# SUPPORT CENTER
Support Ticket System

06/02/2022 10:58:31 AM

# Ticket #230871

| | | | | |
|---|---|---|---|---|
| **Status** | New | | **Name** | kristinusf |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 06/02/2022 09:32:14 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | |
| **Due Date** | 06/03/2022 10:24:06 AM | | **Last Message** | 06/02/2022 10:24:06 AM |

## Ticket Details

| | |
|---|---|
| **Case:** | BMW AG |

# Re: [No Subject] [#902708]

| 06/02/2022 09:32:15 AM Re: [No Subject] [#902708] | kristinusf |
|---|---|

Thats a violation of the ada and yes I did file a court claim to exclude myself in New Jersey.
Its is military espionage which I am sure you do not want to be a party to.
Do your job and stop violating the ada.
Consider this formal notice as both attorneys have been noticed as well that they are involved in war crimes.
Do not make yourself a party to the Hague court.


-----Original Message-----
From: Claims Administrator
To: kristinusf
Sent: Thu, Jun 2, 2022 9:23 am
Subject: Re: [No Subject] [#902708]


| 06/02/2022 10:24:06 AM | Josephine Bravata |
|---|---|

Received From: jbravata

---

# SUPPORT CENTER
## Support Ticket System

06/02/2022 10:58:31 AM

Thank you. I will forward to counsel and have him advise us.

Regards,

Josephine Bravata

Quality Assurance Manager

Strategic Claims Services

600 N. Jackson Street, Suite 205

Media, PA 19063

Phone: (610) 565-9202 ext. 1002

Fax: (610) 565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it. Thank you.*

**From:** Claims Analyst
**Sent:** Thursday, June 2, 2022 10:14 AM
**To:** Josephine Bravata ; Margery Craig
**Subject:** Fwd: [No Subject] [#902708]

See below -- re previous BMW AG exclusion request --

This is more or less what her follow-up phone call this morning became when I ended it. I am just closing the ticket unless you advise me to respond.

# SUPPORT CENTER
Support Ticket System

06/02/2022 10:58:31 AM

Thanks,

George

---------- Forwarded message ---------
From: **kristinusf via Reply** reply@strategicclaims.net>
Date: Thu, Jun 2, 2022 at 9:28 AM
Subject: Re: [No Subject] [#902708]
To: reply@strategicclaims.net reply@strategicclaims.net>

Thats a violation of the ada and yes I did file a court claim to exclude myself in New Jersey.

Its is military espionage which I am sure you do not want to be a party to.

Do your job and stop violating the ada.

Consider this formal notice as both attorneys have been noticed as well that they are involved in war crimes. Do not make yourself a party to the Hague court.

-----Original Message-----
From: Claims Administrator reply@strategicclaims.net>
To: kristinusf
Sent: Thu, Jun 2, 2022 9:23 am
Subject: Re: [No Subject] [#902708]

# SUPPORT CENTER
### Support Ticket System

06/02/2022 10:57:56 AM

# Ticket #394879

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | kristinusf |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 06/02/2022 09:56:04 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | |
| **Due Date** | 06/03/2022 09:56:04 AM | | **Last Message** | 06/02/2022 09:56:04 AM |

## Ticket Details

| | |
|---|---|
| **Case:** | BMW AG |

## Re: [No Subject] [#902708]

| | |
|---|---|
| 06/02/2022 09:56:04 AM Re: [No Subject] [#902708] | kristinusf |

You might need to file an assault with intent to defraud and possible genetic materials theft police reports because nothing has ever come out of my vagina.
No kids plus no kids equals no legitimate kids.
You have knowledge now that a possible vaginal crime may have occured against my person which is a geneva and hague violation.


-----Original Message-----
From: Claims Administrator
To: kristinusf
Sent: Thu, Jun 2, 2022 9:23 am
Subject: Re: [No Subject] [#902708]

# SUPPORT CENTER
Support Ticket System

07/15/2022 02:38:04 PM

# Ticket #941424

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | Pilot69 |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 07/15/2022 01:40:04 PM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | | **Last Response** | 07/15/2022 02:37:57 PM |
| **Due Date** | 07/16/2022 01:40:04 PM | | **Last Message** | 07/15/2022 01:40:04 PM |

## Ticket Details

| | |
|---|---|
| **Case:** | BMW AG |

# SCS Contact Form: Question about a Case

| 07/15/2022 01:40:04 PM SCS Contact Form: Question about a Case | 'Amazon Reply |
|---|---|

**Reason for Contacting Us**

Question about a Case

**Please tell us what case you are inquiring about**

BMW AG

**Name**

Richard Peters

**Email**

**Phone**

**Your Question**

Please exclude me from BMW AG litigation.....

---

# SUPPORT CENTER
### Support Ticket System

07/15/2022 02:38:04 PM

| 07/15/2022 02:37:57 PM | George Allen |
|---|---|

Good afternoon,

**Please be advised: You cannot exclude yourself by telephone or by e-mail.**

In order to exclude yourself from this litigation, please see the detailed instructions on p. 10 of the attached Notice/Claim Form ("How do I get out of the Settlement?"):

To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in Spanier v. 11 Bayerische Motoren Werke Aktiengesellschaft, et al., 2:20-cv-15081-CCC-AME (D.N.J.)" and (B) states the number of shares of publicly-traded BMW AG ADRs or F shares that you (i) owned as of the opening of trading on November 3, 2015 and (ii) purchased and/or sold during the Class Period (i.e., from November 3, 2015 through September 24, 2020, inclusive), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of BMW AG ADRs or F shares during the Class Period; and (ii) demonstrating your status as a beneficial owner of the BMW AG ADR or F share. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than August 25, 2022, to the Claims Administrator at the following address:

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

# SUPPORT CENTER
Support Ticket System

07/15/2022 02:38:04 PM

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

BMW AG Final Notice and Claim.pdf (394 kb)

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

July 14, 2022


The purpose of this letter is to inform you that v
excluded from the Settlement Class in Spanier
Aktiengesellschaft, et al., 2:20-cv-15081-CCC-/

Our contact information is:

Robert C. & Denise Walters




Our total share holdings of BMWYY ADRs as o

The table below shows the purchase we made
2020.

| Type of BMW AG Security | Trade Date | Num Sh |
|---|---|---|
| ADR – BMWYY | 04/29/2020 | |

We have not sold our holdings and as of closin
shares.

Included in this letter is a copy of the trade con


Robert C. Walters          Denise Walters

Walters

19 JUL 2022    PM 7  L



FOREVER USA

JUL 2 0 2022

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455

BMW AG Securities Litigation                                           Phone: (866) 274-4004
c/o Strategic Claims Services                                             Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                            Email: info@strategicclaims.net
Media, PA 19063


July 20, 2022


Robert C. & Denise Walters




Re:  BMW AG. Securities Litigation

Mr. and Mrs. Walters,

We received your request for exclusion from the *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.). At this time, we are missing the following information, which is needed in order for your request to be valid:

- The letter submitted was cutoff; therefore, we are missing the number of shares of publicly traded BMW ADRs or F shares that you owned as of the opening on November 3, 2015 and the purchase(s) and/or sale(s) during the period from November 3, 2015 through September 24, 2020, inclusive ("Class Period"), as well as the dates, number of ADRs or F sares, and prices of each such purchase and sale; and
- Supporting documentation for each purchase and/or sale transaction of BMW AG ADRs or F shares during the Class Period.

For your request to be honored, we must receive the information above no later than **August 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Josephine Bravata
Quality Assurance Manager
Strategic Claims Services

# SUPPORT CENTER
### Support Ticket System

08/10/2022 11:19:22 AM

# Ticket #846567

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Charlottelibman |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 08/10/2022 11:08:12 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 08/10/2022 11:19:03 AM |
| **Due Date** | 08/11/2022 11:08:12 AM | **Last Message** | 08/10/2022 11:08:13 AM |

**Ticket Details**

| | |
|---|---|
| **Case:** | BMW AG |

## SCS Contact Form: Question about a Case

| | | |
|---|---|---|
| 08/10/2022 11:08:12 AM | SCS Contact Form: Question about a Case | 'Amazon Reply |

**Reason for Contacting Us**

Question about a Case

**Please tell us what case you are inquiring about**

BMW AG

**Name**

Charlotte Libman

**Email**



**Phone**



**Your Question**

I want to exclude myself from this case/settlement. I could not find where to do it on your site.

---

Ticket #846567 printed by gallen on 08/10/2022 11:19:22 AM                    Page 1

# SUPPORT CENTER
### Support Ticket System

08/10/2022 11:19:22 AM

| | |
|---|---|
| 08/10/2022 11:19:02 AM | George Allen |

Good morning,

**Please note: You cannot exclude yourself by telephone or by e-mail.**

Detailed instructions for how to exclude yourself from the Settlement can be found starting on p. 10 of the attached Notice/Claim Form ("How do I get out of the Settlement?"):

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue the Defendants or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement.

To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in Spanier v. 11 Bayerische Motoren Werke Aktiengesellschaft, et al., 2:20-cv-15081-CCC-AME (D.N.J.)" and (B) states the number of shares of publicly-traded BMW AG ADRs or F shares that you (i) owned as of the opening of trading on November 3, 2015 and (ii) purchased and/or sold during the Class Period (i.e., from November 3, 2015 through September 24, 2020, inclusive), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of BMW AG ADRs or F shares during the Class Period; and (ii) demonstrating your status as a beneficial owner of the BMW AG ADR or F share. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than August 25, 2022, to the Claims Administrator at the following address:

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

If you have any further questions, please feel free to contact our office.


Thank you.


--
Claims Administrator

# SUPPORT CENTER
Support Ticket System

08/10/2022 11:19:22 AM

Strategic Claims Services

600 N. Jackson St. - Suite 205

Media PA 19063

Phone: 610-565-9202

Fax: 610-565-7985

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

BMW AG Final Notice and Claim.pdf (394 kb)

# SUPPORT CENTER
#### Support Ticket System

08/10/2022 11:22:29 AM

# Ticket #957327

| | | | |
|---|---|---|---|
| **Status** | New | **Name** | Charlotte Libman |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 08/10/2022 11:08:05 AM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | |
| **Due Date** | 08/11/2022 11:08:05 AM | **Last Message** | 08/10/2022 11:08:06 AM |

**Ticket Details**

| | |
|---|---|
| **Case:** | BMW AG |

## BMW AG case

| 08/10/2022 11:08:06 AM BMW AG case | Charlotte Libman |
|---|---|

Good morning,

Please exclude me from the case/settlement.  Please confirm once done.

Thank you.

**Charlotte Libman**

---

Ticket #957327 printed by gallen on 08/10/2022 11:22:29 AM                                   Page 1

# SUPPORT CENTER
Support Ticket System

08/10/2022 11:22:29 AM

**Borden Ladner Gervais S.E.N.C.R.L., S.R.L.**

Ce message est destiné uniquement aux destinataires dûment nommés. Il peut contenir de l'information privilégiée ou confidentielle ou encore de l'information exemptée des obligations de divulgation en vertu du droit applicable. Il est strictement défendu à toute personne qui n'est pas un destinataire dûment nommé de diffuser ce message ou d'en faire une copie. Si vous n'êtes pas un destinataire dûment nommé ou un employé ou mandataire chargé de livrer ce message à un destinataire dûment nommé, veuillez nous aviser sans tarder et supprimer ce message ainsi que toute copie qui peut en avoir été faite. Avertissement : Le courriel qui n'est pas chiffré comme il se doit peut ne pas être protégé.

**Borden Ladner Gervais LLP**

This message is intended only for the named recipients. This message may contain information that is privileged, confidential or exempt from disclosure under applicable law. Any dissemination or copying of this message by anyone other than a named recipient is strictly prohibited. If you are not a named recipient or an employee or agent responsible for delivering this message to a named recipient, please notify us immediately, and permanently destroy this message and any copies you may have. Warning: Email may not be secure unless properly encrypted.