# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, | Case No. 2:20-cv-15081-CCC-AME |
| *Plaintiffs,* | <u>CLASS ACTION</u> |
| v. | Hon. Claire C. Cecchi |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* | |
| *Defendants.* | |

## DECLARATION OF LAURENCE ROSEN ON BEHALF OF THE ROSEN LAW FIRM, P.A. CONCERNING ATTORNEYS' FEES AND <u>EXPENSES</u>

I, Laurence Rosen, declare and state, under penalty of perjury, that the following is true and correct to the best of my knowledge, information and belief:

1.      I am the Managing Partner at The Rosen Law Firm, P.A., Lead Counsel for  Plaintiffs and the Settlement Class in this litigation (the "Action").[1] I have personal knowledge of the matters set forth herein and, if called upon, I could and would completely testify thereto.

2.      My firm rendered the following services in connection with the prosecution of this Action: (a) prepared and filed the initial complaint; (b) prepared the motion for appointment of lead plaintiff; (c) conducted an extensive investigation, including a comprehensive review of BMW AG, BMW NA, and BMW US' public filings, announcements, press releases, earnings call transcripts; (d) searched and analyzed relevant analyst reports and news concerning the alleged misconducts; (e) retained and oversaw a private investigator to locate and interview former BMW NA and BMW US employees; (f) drafted and filed the amended complaint; (g) effectuated service of process in Germany pursuant to the Hague Service Convention; (h) performed legal research concerning anticipated arguments on Defendants' motion to dismiss; (i) retained and consulted with an economic expert concerning damages; (j) engaged in settlement negotiations with

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meanings as set forth in the Stipulation of Settlement dated April 1, 2022 (ECF No. 45).

counsel for Defendants; (k) negotiated and prepared the Stipulation and associated documents; (l) prepared and filed the motion for preliminary approval; (m) supervised the claims administrator on the claims administration process.

3.   The chart below is a summary of time expended by the attorneys and professional staff of The Rosen Law Firm, P.A. on this Action, and the lodestar calculation based on their current billing rate. Only those who have billed more than 5 hours to this Action are included. The chart was prepared from contemporaneous, daily time records regularly prepared and maintained by my firm. Time spent in preparing the motion and this declaration in support of my firm's application for fees and reimbursement of expenses, and any other time related to billing or periodic time reporting, have not been included in this chart:

| Professional (Position)* | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Laurence Rosen (P) | 34 | $1,075 | 8.9 | $9,567.50 |
| Yu Shi (C) | 11 | $800 | 272.4 | $217,920.00 |
| Erica Stone (A) | 9 | $700 | 6.7 | $4,690.00 |
| Michael Cohen (A) | 8 | $675 | 22.0 | $14,850.00 |
| Scott Kim (A) | 5 | $600 | 13.9 | $8,340.00 |
| Stephen Shepardson (A) | 5 | $600 | 7.2 | $4,320.00 |
| Zachary Stanco (PL) | N/A | $275 | 7.3 | $2,007.50 |
| Total | | | 338.4 | $261,695.00 |

* Partner (P), Counsel (C), Associate (A), Paralegal (PL)

4.  Since the beginning of this Action, my firm has performed a total of **338.4** professional work hours in the prosecution of this Action. The total lodestar amount for my firm is **$261,695.00.**

5.  The Rosen Law Firm, P.A. expended a total of **$18,517.22** in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

| Category | Amount |
|---|---:|
| Court Fees (including filing and *pro hac vice* fees) | $768.36 |
| Expert Fees | $6,195.00 |
| Investigator Fees | $3,000.00 |
| Online Legal Research and Document Retrieval Fees | $186.52 |
| Service of Process Fees | $199.44 |
| Press Release / Notice to Class Member Fees | $7,082.50 |
| Translation Fees | $685.40 |
| Travel/Meal Expenses* | $400.00 |
| **TOTAL EXPENSES** | **$18,517.22** |

*This includes anticipated expenses associated with travel to the Settlement Fairness Hearing on September 15, 2022.

6.  The expenses set forth above are reflected in the firm's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 18, 2022.

_/s/ Laurence Rosen_
Laurence Rosen