# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* <br><br> *Defendants.* | Case No. 2:20-cv-15081-CCC-AME <br><br> CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.     Pursuant to the Court's Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, dated May 9, 2022 (Dkt. No. 49, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claim in connection

with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as other aspects of the Settlement administration process.

3.    As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated August 18, 2022 (Dkt. No. 55-1, the "Bravata Declaration"), SCS mailed or e-mailed 1,926 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list. SCS then mailed 105,944[2] Postcard Notices to potential Settlement Class Members or nominees, and SCS was notified by four nominees that they mailed 3,650 Postcard Notices to their customers. Additionally, SCS was notified by a nominee that they emailed 15,401 of their clients to notify them of this settlement and provide a direct link to the Notice and Claim on the settlement webpage. Since the Bravata Declaration was filed, SCS mailed 276 additional Postcard Notices, and SCS sent 5,247 additional emails with the direct link to the Notice and Claims. To date, a total of 130,518 potential Settlement Class Members were either mailed a Postcard Notice or emailed a direct link to the Notice and Claim.

## UPDATE ON TOLL-FREE PHONE LINE

4.    The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated April 1, 2022 (Dkt. No. 45, the "Stipulation").

[2] SCS received 45 requests from potential Settlement Class Members to mail them the Notice and Claim. SCS immediately mailed a Notice and Claim to these individuals/entities.

as well as request the Notice and Claim. SCS continues to promptly respond to each telephone inquiry and address Settlement Class Members' inquiries.

## UPDATE ON SETTLEMENT WEBPAGE

5.      As noted in the Bravata Declaration, on May 20, 2022, SCS established a webpage on its website at www.strategicclaims.net/bmw/. The website is accessible 24 hours a day, 7 days a week. The webpage contained the current status, the case deadlines, the online claim filing link, and important case documents, including the Stipulation and the Notice and Claim. SCS continues to maintain the settlement webpage.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

6.      The Postcard Notice, Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or delivered to SCS such that they were received no later than August 25, 2022. As of the Bravata Declaration, SCS received four invalid requests for exclusion and copies of the exclusion requests were attached as Exhibit E. Since the Bravata Declaration was filed, those four exclusion requests remain invalid, and SCS has received two additional requests for exclusion that are invalid. SCS sent a request – by mail and also by email if one was provided – for the missing information and/or transaction information. Only one has responded, stating that they wish to simply take no action rather than exclude themselves. A copy of the two additional exclusion requests and correspondence is attached as **Exhibit A**.

7.      According to the Notice and Summary Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs must be submitted to Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than August 25,

3

2022.  As of the date of this declaration, SCS has not received any objections and SCS has not been notified that any objection was submitted.

## UPDATE ON CLAIMS RECEIVED TO DATE

8. The deadline for claims submission was August 25, 2022. As of the date of this declaration, SCS has received 69,374 claims. SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 8th day of September 2022, in Media, Pennsylvania.

Josephine Bravata

4

**EXHIBIT A**

*Julia Schoen*

BMW A.G. Securities Litigation
C/o Strategic Claim Service
PO Box 230
600 N. Jackson St, Suite 205
Media    PA        19063

Dear Sirs

I, Julia Schoen from                                    , request to be
excluded from the proposed Settlement of claims against Bayerische
Motoren Werke AG ("BMW AG") and BMW of North America
LLC.

This letter was posted on August 16, 2022.

Yours truly,

*Julia Schoen*

Case 2:20-cv-15081-CCC-AME    Document 57-1    Filed 09/08/22    Page 7 of 16 PageID: 800

Ms Julia Schoen

BMW A. G. Securities Litigation

C/o Strategic Claims Services

PO Box 230

600 N. Jackson St. Suite 205

Media        PA              19063         USA

AUG 22

BMW AG Securities Litigation                                        Phone: (866) 274-4004
c/o Strategic Claims Services                                         Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                        Email: info@strategicclaims.net
Media, PA 19063


August 22, 2022

Julia Schoen



Re:  BMW AG. Securities Litigation

Ms. Schoen,

We received your request for exclusion from the *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.). At this time, we are missing the following information, which is needed in order for your request to be valid:

- We are missing the number of shares of publicly traded BMW ADRs or F shares that you owned as of the opening on November 3, 2015 and the purchase(s) and/or sale(s) during the period from November 3, 2015 through September 24, 2020, inclusive ("Class Period"), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale; and
- Supporting documentation for each purchase and/or sale transaction of BMW AG ADRs or F shares during the Class Period.

For your request to be honored, we must receive the information above no later than **August 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

Louisa Kimmel

August 15, 2022

BMW AG Securities Litigation
c/o Strategic Claims Services
P.B. Box 203
600 N. Jackson Street, Suite 205
Media P.A. 19063
U.S.A.

Dear Sir or Madam:

I, Louisa Kimmel, from                                    request to be **excluded**
from the proposed Settlement of claims against Bayerische Motoren Werke AG
(„BMW AG") and BMW of North America LLC.

This letter was posted from              on August 15, 2022.

A confirmation by email that you have received this correspondence would be
appreciated.

Thank You.

Sincerely,

Louisa Kimmel

BMW AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media   P.A. 19063
U.S.A.

AUG 22 2022

PRIORITY
PRIORITAIRE/LUFTPOST

BMW AG Securities Litigation                                    Phone: (866) 274-4004
c/o Strategic Claims Services                                     Fax: (610) 565-7985
600 N. Jackson Street – Suite 205                      Email: info@strategicclaims.net
Media, PA 19063


August 22, 2022

Louisa Kimmel



Re:  BMW AG. Securities Litigation

Ms. Kimmel,

We received your request for exclusion from the *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.). At this time, we are missing the following information, which is needed in order for your request to be valid:

- We are missing the number of shares of publicly traded BMW ADRs or F shares that you owned as of the opening on November 3, 2015 and the purchase(s) and/or sale(s) during the period from November 3, 2015 through September 24, 2020, inclusive ("Class Period"), as well as the dates, number of ADRs or F shares, and prices of each such purchase and sale; and
- Supporting documentation for each purchase and/or sale transaction of BMW AG ADRs or F shares during the Class Period.

For your request to be honored, we must receive the information above no later than **August 25, 2022.**   If you have any questions, please contact me at your earliest convenience.

Regards,

Margery Craig
Project Manager
Strategic Claims Services

**jbravata@strategicclaims.net**

| | |
|---|---|
| **From:** | mcraig@strategicclaims.net |
| **Sent:** | Monday, August 22, 2022 1:01 PM |
| **To:** | |
| **Cc:** | 'Josephine Bravata' |
| **Subject:** | BMW AG Securities Litigation |
| **Attachments:** | 6 - L. Kimmel - followup letter.pdf |

**Importance:**     High

Good afternoon, Ms. Kimmel,

Your letter requesting exclusion from the *Spanier v. Bayerische Motoren Werke Aktiengesellschaft, et al.,* 2:20-cv-15081-CCC-AME (D.N.J.) was received today.

Your request for exclusion is missing information. Please see the attached letter detailing the information required for your request to be valid and **respond on or before the exclusion deadline of August 25, 2022.** A copy of this letter was also mailed to you today via USPS.

Please let me know if you have any questions.

Regards,

Margie Craig
Project Manager
Strategic Claims Services
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

## jbravata@strategicclaims.net

| | |
|---|---|
| **From:** | mcraig@strategicclaims.net |
| **Sent:** | Thursday, August 25, 2022 12:28 PM |
| **To:** | 'Yu Shi' |
| **Cc:** | 'Paul Mulholland'; 'Matthew Shillday'; 'Josephine Bravata' |
| **Subject:** | FW: BMW AG Securities Litigation |

Good afternoon,


Regards,

Margie Craig
Project Manager
Strategic Claims Services
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

---

**From:** Louisa Kimmel
**Sent:** Thursday, August 25, 2022 7:54 AM
**To:** mcraig@strategicclaims.net
**Subject:** BMW AG Securities Litigation

Louisa Kimmel



August 25, 2022

Dear Ms. Craig,

In your mail from August 22 you informed me that in order to be excluded
from the class action suit against BMW AG, I  would be required to send details on the number of shares of this company that I had purchased or sold
including the dates of the transactions and the price paid

1

.

Upon enquiring I learned that one of the options is simply to do nothing, and that there are no repercussions by omitting to submit a request to be excluded.

"Doing nothing"  is  then what I have elected to do.

Thank you very much for your trouble.

Regards,
Louisa Kimmel

2

**jbravata@strategicclaims.net**

| | |
|---|---|
| **From:** | mcraig@strategicclaims.net |
| **Sent:** | Thursday, August 25, 2022 2:29 PM |
| **To:** | 'Louisa Kimmel' |
| **Cc:** | 'Josephine Bravata' |
| **Subject:** | RE: BMW AG Securities Litigation |

Good afternoon, Ms. Kimmel,

Confirmed. Yes, you have the option to simply do nothing. Doing nothing means you give up your right to participate in this settlement or to bring a lawsuit against Defendants relating to the misconduct alleged in the current case.

If you have any further questions about your options related to this settlement, you may contact Class Counsel. Contact information for Class Counsel is below:

Mr. Yu Shi
The Rosen Law Firm, P.A.
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Email: yshi@rosenlegal.com


Regards,

Margie Craig
Project Manager
Strategic Claims Services
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**From:** Louisa Kimmel
**Sent:** Thursday, August 25, 2022 7:54 AM
**To:** mcraig@strategicclaims.net
**Subject:** BMW AG Securities Litigation

Louisa Kimmel

August 25, 2022

Dear Ms. Craig,

In your mail from August 22 you informed me that in order to be excluded
from the class action suit against BMW AG, I would be required to send details on the number of shares of this company that I had purchased or sold
including the dates of the transactions and the price paid
.
Upon enquiring I learned that one of the options is simply to do nothing, and that there are no repercussions by omitting to submit a request to be excluded.

"Doing nothing" is then what I have elected to do.

Thank you very much for your trouble.

Regards,
Louisa Kimmel

2