**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, *Plaintiffs,* v. BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* *Defendants.* | Case No. 2:20-cv-15081-CCC-AME <u>CLASS ACTION</u> |

**DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING MAILING OF THE CAFA NOTICE**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.   I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**<u>MAILING OF CAFA NOTICE</u>**

2.      At the request of Defendants' Counsel, and separate from our engagement as Claims Administrator, on September 19, 2022, SCS mailed a notice of stipulated class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate federal and state officials, by certified return receipt through the United States Postal Service.  The mailing consisted of: (i) a letter regarding the Settlement approved by Defendants' Counsel describing the mailing ("CAFA Letter"); and (ii) a CD-ROM containing

copies of the documents referenced in the CAFA Letter.  Attached as **Exhibit A** is a copy of the CAFA Letter that SCS mailed.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of September 2022, in Media, Pennsylvania.

Josephine Bravata

Josephine Bravata

**EXHIBIT A**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

### ONE MANHATTAN WEST
### NEW YORK 10001
———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
+1 212-735-7852
DIRECT FAX
+1 917-777-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE
OFFICES
---------
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
---------
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

September 19, 2022

**VIA MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

The Honorable Gary Gensler
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-0330

Additional recipients identified in Exhibit A hereto

> **RE:    CAFA Notification of Settlement in *Spanier et al. v. Bayerische Motoren Werke Aktiengesellschaft, et al.*, Case No. 2:20-cv-15081-CCC-AME (D.N.J.)**

Dear Sir/Madam:

On behalf of all Defendants, we respectfully write pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, *et seq.*, to notify you of the proposed settlement of the above-referenced putative securities class action (the "Settlement"). Plaintiffs asserted claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of all persons who purchased American Depository Shares (ADS) and F Shares of Defendant Bayerische Motoren Werke Aktiengesellschaft publicly traded over-the-counter between November 3, 2015, and September 24, 2020, inclusive. It is not feasible at this time to provide the names of individual class members who reside in each state, or the estimated number of class members residing in each state, or the proportionate share of the claims of

September 19, 2022
Page 2

such members to the entire settlement.  On May 9, 2022, the Court entered an order granting preliminary approval of the proposed settlement reflected in the Stipulation of Settlement enclosed herein. As of the date of this letter, the Court has set a date of September 20, 2022, at 2:00 p.m. Eastern Time for a final approval hearing.

The following documents associated with this action and the Settlement are enclosed on a CD:

Exhibit 1:    Complaint (ECF No. 1)

Exhibit 2:    Amended Complaint (ECF No. 30)

Exhibit 3:    Stipulation of Settlement, with exhibits (including copies of the notices) (ECF No. 45)

The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the Stipulation of Settlement and which was not filed with the Court.  As described in the Stipulation of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendants with the option to terminate the Settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement.  The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

This notice is submitted on behalf of all Defendants and is intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the above-captioned matter.  If you have any questions about this notice, the lawsuit, or the enclosed materials, please contact me by telephone at (212) 735-7852 or by email at scott.musoff@skadden.com.

Sincerely,

*/s/ Scott D. Musoff*

Scott D. Musoff

Encls.

**EXHIBIT A**

| | |
|---|---|
| Steve Marshall<br>Office of the Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | Treg Taylor<br>State of Alaska Department of Law Attorney<br>General<br>PO Box 110300<br>Juneau, AK 99811-0300 |
| Mark Brnovich<br>Arizona Attorney General<br>2005 N Central Ave<br>Phoenix, AZ 85004-2926 | Leslie Rutledge<br>Arkansas Attorney General<br>323 Center St<br>Suite 200<br>Little Rock, AR 72201-2610 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave<br>Suite 11000<br>San Francisco, CA 94102 | Phil Weiser<br>Attorney General<br>1300 Broadway<br>10th Fl<br>Denver, CO 80203 |
| William Tong<br>Office of the Attorney General<br>55 Elm St<br>Hartford, CT 06106 | Kathy Jennings<br>Attorney General<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801 |
| Ashley Moody<br>Florida Office of the Attorney General<br>The Capitol<br>PL 101<br>Tallahassee, FL 32399-1050 | Christopher Carr<br>Attorney General of Georgia<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Holly Shikada<br>Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813 | Lawrence Wasden<br>Office of the Attorney General<br>700 W. Jefferson St<br>PO Box 83720<br>Boise, ID 83720-1000 |
| Kwame Raoul<br>Illinois Attorney General<br>100 W. Randolph St<br>Chicago, IL 60601 | Todd Ritka<br>Office of the Indiana Attorney General<br>302 W Washington St<br>5th Floor<br>Indianapolis, IN 46204 |
| Tom Miller<br>Office of the Attorney General<br>1305 E Walnut St<br>Des Moines, IA 50319 | Derek Schmidt<br>Attorney General<br>120 SW 10th Ave., 2nd Fl.<br>Topeka, KS 66612-1597 |
| Daniel Cameron<br>Office of the Attorney General<br>700 Capitol  Ave<br>Capitol Building, Ste. 118<br>Frankfort, KY 40601 | Jeff Landry<br>Office of the Attorney General<br>PO Box 94095<br>Baton Rouge, LA 70804-4095 |
| Aaron Frey<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Brian Frosh<br>Maryland Attorney General<br>200 St. Paul Pl.<br>Baltimore, MD 21202-2202 |

**EXHIBIT A**

| | |
|---|---|
| Maura Healey<br>Attorney General<br>1 Ashburton Pl.<br>Boston, MA 02108-1698 | Dana Nessel<br>State of Michigan Attorney General<br>G. Mennen Williams Building, 7th Fl<br>525 W Ottawa St.<br>PO Box 30212<br>Lansing, MI 48909 |
| Keith Ellison<br>Office of the Attorney General<br>1400 Bremer Tower<br>445 Minnesota St.<br>St. Paul, MN 55101-2131 | Lynn Fitch<br>Office of the Attorney General State of<br>Mississippi<br>PO Box 220<br>Jackson, MS 39205 |
| Eric Schmitt<br>Missouri Attorney General<br>PO Box 899<br>Jefferson City, MO 65102 | Austin Knudsen<br>Montana Department of Justice Attorney General<br>PO Box 201401<br>Helena, MT 59620-1401 |
| Doug Peterson<br>Nebraska Attorney General<br>2115 State Capitol<br>PO Box 98920<br>Lincoln, NE 68509 | Aaron Ford<br>Nevada Attorney General<br>100 N. Carson St.<br>Carson City, NV 89701 |
| John Formella<br>Office of the Attorney General<br>NH Department of Justice<br>33 Capitol St.<br>Concord, NH 03301-6397 | Matt Platkin<br>Office of the Attorney General<br>Richard Hughes Justice Complex<br>25 Market Street<br>PO Box 080<br>Trenton, NJ 08625-0080 |
| Hector Balderas<br>Office of the New Mexico Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508 | Letitia James<br>Attorney General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224 |
| Josh Stein<br>North Carolina Department of Justice Attorney<br>General<br>9001 Mail Service Center<br>Raleigh, NC 27699 | Drew Wrigley<br>North Dakota Attorney General<br>State Capitol<br>600 E Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040 |
| Dave Yost<br>Ohio Attorney General<br>30 E Broad St, 14th Floor<br>Columbus, OH 43215 | John O'Connor<br>Oklahoma Office of the Attorney General<br>313 NE 21st St.<br>Oklahoma City, OK 73105 |
| Ellen Rosenblum<br>Oregon Department of Justice Attorney General<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301 | Josh Shapiro<br>Pennsylvania Attorney General<br>16th Floor, Strawberry Sq.<br>Harrisburg, PA 17120 |
| Peter Neronha<br>Office of the Attorney General<br>150 S Main St.<br>Providence, RI 02903 | Alan Wilson<br>South Carolina Attorney General<br>PO Box 11546<br>Columbia, SC 29211-1549 |

**EXHIBIT A**

| | |
|---|---|
| Mark Vargo<br>Office of the Attorney General<br>1302 E Hwy 14, Suite 1<br>Pierre, SD 57501-8501 | Herbert H. Slatery, III<br>Office of the Attorney General<br>PO Box 20207<br>Nashville, TN 37202 |
| Ken Paxton<br>Attorney General of Texas<br>PO Box 12548<br>Austin, TX 78711-2548 | Sean Reyes<br>Office of the Attorney General<br>PO Box 142320<br>Salt Lake City, UT 84114-2320 |
| Susanne Young<br>Office of the Attorney General<br>109 State St.<br>Montpelier, VT 05609-1001 | Jason Miyares<br>Attorney General of Virginia<br>900 E Main St<br>Richmond, VA 23219 |
| Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia, WA 98504-0100 | Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305 |
| Josh Kaul<br>Wisconsin Department of Justice Attorney General<br>State Capitol, Ste 114 E<br>PO Box 7857<br>Madison, WI 53707-7857 | Bridget Hill<br>Wyoming Attorney General<br>Pioneer Building, 4th Floor<br>2424 Pioneer Avenue<br>Cheyenne, WY 82002 |
| Karl A. Racine<br>Office of the Attorney General<br>441 4th St, NW<br>Suite 1100S<br>Washington, DC 20001 | Domingo Emanuelli<br>Puerto Rico Attorney General<br>PO Box 9020192<br>San Juan, PR 00902-0192 |
| Leevin Camacho<br>Attorney General<br>ITC Building<br>590 S. Marine Corps Dr<br>Suite 706<br>Tamuning, Guam 96913 | |