UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK

Date: December 21, 2022

JUDGE: HON. CLAIRE C. CECCHI

COURT REPORTER: NICOLE SESTA

DEPUTY CLERK:  JACQUIE LAMBIASE

Docket No. 20-cv-15081 (CCC)

Title of Case:   SPANIER v. BMW, et al

Appearances:   Yu Shi, Esq. on behalf of Plaintiff
Scott Musoff, Shaud Tavakoli & Mike Bongiomo, Esqs. on behalf of Defendants

**NATURE OF PROCEEDINGS**:  Final Approval Hearing

Hearing on [51] Motion for Final Approval of Settlement.

Ordered Motion GRANTED. Order to Follow.

Time Commenced:   4:00 p.m.                    Time Adjourned: 5:00 p.m.

cc: chambers

_Jacquie Lambiase_
Jacquie Lambiase, Deputy Clerk