## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.*<br><br>*Defendants.* | Case No. 2:20-cv-15081-CCC-AME<br><br><u>CLASS ACTION</u><br><br>Motion Day: December 21, 2022<br><br>Hon. Claire C. Cecchi |

## ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO PLAINTIFFS

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel has petitioned the Court for an award of attorneys' fees in compensation for services provided to Plaintiffs and the Settlement Class, along with reimbursement of expenses incurred in connection with prosecuting this Action, and an award to Plaintiffs, to be paid out of the Settlement Fund;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation of Settlement dated April 1, 2022 (the "Stipulation") (ECF No. 45); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the Settlement Fairness Hearing on December 21, 2022, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.     Lead Counsel is hereby awarded attorneys' fees totaling $583,333.33 of the Settlement Amount plus reimbursement of out-of-pocket litigation expenses in the amount of $18,517.22, together with interest earned thereon at the rate earned by the Settlement Fund until paid. The Court finds that the amount of fees and expenses awarded is fair and reasonable.

2.      Lead Plaintiff Mark Spanier shall be awarded $5,000, and Named Plaintiff Marissa Weeresinghe shall be awarded $2,000, as reimbursement for their lost time and expenses in connection with the prosecution of this Action.

3.      Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: December 21, 2022

_____
HON. CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE