**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARK SPANIER and MARISSA WEERESINGHE, Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, *et al.* <br><br> *Defendants.* | Case No. 2:20-cv-15081-CCC-AME <br><br> <u>CLASS ACTION</u> <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND** <br><br> Motion Day: September 18, 2023 <br><br> Hon. Claire C. Cecchi |

**PLEASE TAKE NOTICE** that on September 18, 2023, Lead Plaintiff Mark Spanier and named plaintiff Marissa Weeresinghe (collectively, "Plaintiffs") will move this Court, the Honorable Claire C. Cecchi, United States District Judge for the District of New Jersey, in Courtroom 5B, of the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ, 07101, for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order").[1]  Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Actions ; and (ii) directs distribution of the Net Settlement Fund to

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement dated April 1, 2022 (Dkt. No. 45).

1

Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process ("Bravata Declaration") and the exhibits thereto.  Plaintiffs respectfully request that the Court decide the Motion on the papers, and enter the Class Distribution Order.

Dated: August 22, 2023                         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ *Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel:  (973) 313-1887
Fax: (973) 833-0399

Yu Shi (admitted *Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

*Counsel for Plaintiffs and the Settlement Class*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 22, 2023 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen